1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**07-CV-00920-CMP**

FILED _____ ENTERED
_____ LODGED _____ RECEIVED
JUN 1 4 2007    DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN HENRY BROWNE and ALAN J.
WENOKUR, individually and on behalf of
others similarly situated,

                              Plaintiffs,

        v.

AVVO, INC., MARK BRITTON and JOHN
DOES 1-25,

                              Defendants.

No. CV7    920

CLASS ACTION COMPLAINT

        Plaintiffs John Henry Browne and Alan J. Wenokur ("Plaintiffs"), by and through their

attorneys, on behalf of themselves and all others similarly situated, bring this Class Action

Complaint against Avvo, Inc. ("Avvo"), Mark Britton and John Does 1-25 and allege, based

upon personal knowledge as to themselves and their own acts, and as to all other matters upon

information and belief, as follows:

COMPLAINT - 1
Case No.

001977-11 178070 V1

**ORIGINAL**



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

Dockets.Justia.com

### I.    NATURE OF THE ACTION

1.    Avvo operates an internet-based business that rates and refers lawyers.  In essence, Avvo purports to rate and profile lawyers and then publishes the results on its website, www.avvo.com.  Avvo refers to its lawyer ratings as the "Avvo Rating."

2.    The website targets consumers seeking lawyers, and it states that it was "developed … for non-experts" with assistance from "thousands of consumers."  The stated purpose of the site and the Avvo Rating is to help consumers "find the right lawyer" and "make the murky process of comparing lawyers clearer."  Lawyers featured on the site do not pay to be included; in fact, Avvo gives lawyers featured no choice and will not delete a lawyer or an Avvo Rating from the website even if asked.  Avvo purports to profile "every licensed attorney in every state we cover."  Avvo's CEO, Mark Britton, has written that the company's "challenge" is to "bring[] together information for over 650,000 attorneys in one easily searchable place."  The site debuted on June 5, 2007.  One week later, hundreds of thousands of lawyers in ten states were featured on the site.

3.    The Avvo Rating is based on a 10 point scale -  with a rating of 9.0 to 10.0 "Superb" or the top of the scale and a rating of 1.0 to 1.9 as "Extreme Caution."  The scale is set as follows:

- 9.0 to 10.0    Superb
- 8.0 to 8.9     Excellent
- 7.0 to 7.9     Very good
- 6.0 to 6.9     Good
- 5.0 to 5.9     Average
- 4.0 to 4.9     Concern
- 3.0 to 3.9     Caution
- 2.0 to 2.9     Strong caution
- 1.0 to 1.9     Extreme caution

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    4.    Lawyers are rated in up to three categories: (i) Experience; (ii) Industry

2    Recognition; and (iii) Professional Conduct. Originally the Industry Recognition category was

3    published as "Trustworthiness," insinuating that lawyers who scored low in this category were

4    not trustworthy. Trustworthiness has since been removed as one of the categories. Even now,

5    Avvo inconsistently uses its three categories. Some lawyers are ranked in only two categories.

6    Others are ranked in all three.

7    5.    The Avvo website characterizes the Avvo Rating as "unbiased" and showing "no

8    favoritism." According to the website, "[t]he Avvo Rating is our assessment of how well a

9    lawyer could handle your legal issue." The rating system is purportedly based on "many factors,

10   including experience, professional achievements, and disciplinary sanctions." Purportedly, Avvo

11   use a proprietary "mathematical model" to calculate the ratings.

12   6.    Avvo does not disclose the basis of its ratings – either the precise factors used or

13   the weight given to those factors. Other than a vague description that it has collected data from

14   "multiple sources, including public records (such as the state bar associations, regulatory

15   agencies, and court records), published sources on the Internet (including lawyers' websites), and

16   information lawyers supply to Avvo," Avvo does not reveal the source of its information. This

17   secrecy is necessary, according to Avvo, "primarily because we don't want anyone to try to

18   game the Avvo Rating system."

19   7.    In reality, Avvo has built the ability "to game the Avvo Rating system" into the

20   system itself. In addition to the ratings assigned by Avvo based on its proprietary program,

21   lawyers and others can manipulate the Avvo Rating for themselves or other lawyers. This can be

22   done in two or more ways. By self-reporting additional biographical information or having

23   colleagues, clients, family and friends provide endorsements, a lawyer can boost his or her rating

24   and thus, by Avvo standards, instantaneously become a better lawyer. Avvo calls this "claiming

25   your profile." Simply providing biographical information on schools attended or articles written

26   or awards received may immediately boost a lawyer's profile. In addition, lawyers can

COMPLAINT - 3
Case No.

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001977-11 178070 V1

1  manipulate their Avvo rating by writing their own biographies or by encouraging their

2  associates, clients, families and friends to submit "endorsements" of their legal abilities.  In

3  several instances reported in the media, lawyers who did so were immediately rewarded for self-

4  reporting biographical information by having their ratings boosted to a "10", the highest rating.

5  The end result is a system that has the capacity to deceive consumers as to the objectivity and

6  reliability of a rating.  *Indeed, one lawyer raised his rating by adding an award given to him in*

7  *an athletic game – the Underdog Sports League.  That raised his rating by .3 points.  He raised*

8  *it another .3 points by adding another softball award.*  A rating system that reacts to such

9  awards and can become the basis for consumer choice as to which lawyer to choose is a site that

10  has the capacity to deceive and harm consumers.

11      8.      Avvo does not do anything to verify the information it gathers.  Avvo does not

12  provide consumers with any information from which they could determine how a lawyer's Avvo

13  Rating was calculated – *i.e.*, the sources of the information.  A consumer could not determine

14  whether the score has been calculated based on self-reported information, stale information or

15  other inaccurate information.

16      9.      Lawyers who ignore the low to average Avvo Rating Avvo assigns to lawyers

17  who have not "claimed" their profile, do so at their peril and risk damage to their professional

18  reputation among consumers.  To overcome this risk, such lawyers must play by Avvo's rules

19  and provide additional information on the site.  If they agree to play by Avvo's rules and fill in

20  the blanks in Avvo's database, the lawyers will be rewarded by an instantaneous improvement in

21  their ratings for the public to see.  If they do not play by Avvo's rules, they will be penalized by

22  a lower rating – also for the public to see.  With this negative incentive, Avvo develops more

23  information on lawyers with no expense or effort on its behalf, yet does not produce a rating that

24  is reliable.

25      10.     In reality, the Avvo Ratings are capricious and arbitrary, susceptible to

26  manipulation by a number of sources that are neither objective nor mathematical nor indicative



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1  of a lawyer's professional competence. Avvo's fallible system for rating and promoting
2  attorneys has produced wild discrepancies in ratings rather than the reliable consumer
3  benchmarks for making decisions about legal representation that Avvo claims. For example, the
4  Dean of Stanford Law School, Larry Kramer (Avvo Rating 5.7 or "Average"), is rated lower
5  than Lynne Stewart, a disbarred New York lawyer who was convicted of conspiracy and
6  providing material support to terrorists, who received a 6.5 or "very good" rating. The Avvo
7  founder and CEO, Mark Britton, who has been a member of the Washington State Bar for just
8  nine years received an 8 or "Excellent Rating," higher than the Dean Kramer.

9      11.    Avvo proclaims it is unbiased but those with ties to Avvo receive perfect scores.
10  Stanford ethics professor and member of the Avvo board of directors, Deborah Rhode, is rated
11  higher than the Stanford dean – she scored a "10.0 Superb" rating. A Seattle lawyer, David
12  Collins Clarke, who assisted Avvo in raising private capital, is rated "9.3 - Superb," better than
13  almost any other lawyer in the system, even though he has not claimed his profile. He is,
14  however, endorsed by one other lawyer: the Avvo CEO and founder, Mark Britton, who does
15  not identify his relationship in the endorsement and instead records for his endorsement that he
16  once "supervised" Mr. Clarke. By contrast, William Neukom, former general counsel of
17  Microsoft and president-elect of the American Bar Association, and by all accounts one of
18  Seattle's finest lawyers, is rated in two different profiles with a 7.4 ("Very Good") and a 8.9
19  ("Excellent"), but still less than Avvo's CEO, Mark Britton, who has scant experience compared
20  to Mr. Neukom.

21     12.    Avvo is indifferent to the gross discrepancies between actual professional
22  competence and community reputation and the Avvo Ratings. "We find the rating system to be
23  working as designed," Avvo CEO and founder Mark Britton has been quoted as saying
24  repeatedly to the media since the site's June 5, 2007 debut.

25     13.    In fact, the Avvo rating and referral system is little more than a legal popularity
26  contest. Contrary to Avvo representations that the ratings are based on an objective

COMPLAINT - 5
Case No.

001977-11  178020 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    mathematical model, the proprietary system is arbitrary and subject to manipulation. Avvo

2    builds up consumer trust with assurances regarding the integrity of the rating system and its use

3    as an "assessment" of a lawyer's competence to handle the consumer's legal issue. In truth,

4    however, the widely inconsistent ratings on the site do not provide a reliable source of lawyer

5    rating and referral for consumers seeking legal counsel. But the consumers have no way of

6    assessing the discrepancies.

7        14.    Avvo's conduct in publishing low ratings for lawyers has also damaged the

8    reputation and good will of their legal practices. Lawyers with low ratings have suffered damage

9    when consumers, who do not have the ability to evaluate the quality or reliability of the

10   information on the Avvo website, see lower ratings for certain lawyers and forego retaining

11   them. In some instances, the publication of a low rating for a lawyer, including Plaintiff Browne,

12   has resulted in a consumer terminating his or her existing relationship with a lawyer.

13       15.    Avvo tells consumers that its ratings are based on its "deep knowledge" yet it fails

14   to accurately reflect experience, bar disciplinary proceedings and meaningful benchmarks of

15   performance. Its representations thus can and will lure in unsuspecting consumers who will then

16   make important life decisions based on highly inaccurate information.

17       16.    By reporting arbitrary and capricious scores and promoting them to consumers as

18   mathematical calculations and a reliable assessment of a lawyer's competence to handle legal

19   matters, Avvo has engaged in, and continues to engage in, unfair and deceptive acts and practices

20   in violation of RCW Chapter 19.86.

21                    **II.    JURISDICTION AND VENUE**

22       17.    This Court has subject matter jurisdiction over the Plaintiffs' claims pursuant to

23   the Class Action Fairness Act of 2005. 18 U.S.C. § 1332(d)(2)(A). Class members include

24   persons across the United States, many of whom reside outside the State of Washington.

25   Defendant Avvo is a Washington corporation. Upon information and belief, the other defendants

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1  also reside in the State of Washington. Plaintiffs and Class members seek relief exceeding

2  $5,000,000.

3       18.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a)(1), (a)(2) and (c).

4  Many of the acts and transactions giving rise to the violations of law complained of herein

5  occurred in this District. Plaintiffs Browne and Wenokur have suffered harm in this District and

6  much of Defendants activities and operations have been performed in this District.

7       19.      Defendant Avvo resides in this District, maintaining its corporate headquarters in

8  Seattle, WA.

9                              III.    THE PARTIES

10      20.      At all times relevant herein, Plaintiff John Henry Browne was a resident of

11  Seattle, Washington. He is and has been a member in good standing of the Washington State

12  Bar Association since 1972. During that time, most of his practice has been devoted to criminal

13  defense. Many of his cases have been high profile, conducted in the public eye. In addition,

14  Plaintiff has been honored nationally in "The Best Lawyers in America" each consecutive year

15  from 2002 to 2006, and he has been recognized as one of the state's "Super Lawyers" numerous

16  times by *Washington Law & Politics* magazine. Mr. Browne has taught at the University of

17  Washington School of Law. Mr. Browne has received Martindale-Hubbell's highest ratings for

18  lawyers, based on a survey of lawyers.

19      21.      When the Avvo site debuted on June 5, 2007, Avvo assigned Mr. Browne an

20  Avvo Rating of 3.7 points on a 10 point scale. The 3.7 score falls into the "Caution" category.

21  Plaintiff Browne contacted Avvo in writing and asked Avvo to remove his name from its

22  website. Avvo did not. Mr. Browne's experience rating is 4 out of 5. Yet the Avvo site states

23  he has practiced 35 years and he is without question among the most experienced criminal trial

24  lawyers in the state.

25      22.      Just one week later – presumably after Mr. Browne sent Avvo a letter threatening

26  legal action and one lawyer endorsed Plaintiff Browne with no more than the words: "I endorse

COMPLAINT - 7
Case No.

001977-11 178070 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1   this lawyer's work," Mr. Browne's Avvo Rating increased from 3.7 to 5.2 or "Average."

2   Nothing else on Mr. Browne's profile had changed.

3       23.    Mr. Britton claims the 5.2 is justified by a disciplinary proceeding. Yet no

4   objective rating system could find Mr. Browne "Average." No expert, lawyer or judge in the

5   legal community would rate Mr. Browne "Average" even if they quarreled with his "Professional

6   Conduct." Yet a consumer looking at Avvo would deem Mr. Browne average and less

7   experienced than other criminal defense lawyers with higher experience ratings that are not in

8   fact more experienced.

9       24.    As a direct result of Avvo's poor ratings of Plaintiff Browne, two of Plaintiff

10   Browne's clients terminated his representation of them and sought new counsel.

11       25.    At all times relevant herein, Plaintiff Alan J. Wenokur was a resident of Seattle,

12   Washington. He is and has been a member in good standing of the Washington State Bar

13   Association since 1983. During most of that time, the majority of his practice has been devoted

14   to representing bankruptcy trustees, creditors and debtors in bankruptcy proceedings. Mr.

15   Wenokur has successfully prosecuted bankruptcy appeals in the Ninth Circuit and in the

16   Washington Supreme Court and has spoken at bankruptcy seminars. Mr. Wenokur holds an AV

17   rating from Martindale Hubbell. Mr. Wenokur is a solo practitioner whose practice depends on

18   referrals from former clients and other lawyers.

19       26.    Defendants initially published a 6.5 or "Good" rating for Mr. Wenokur.

20   Mr. Wenokur has declined to provide credit card information to "claim" his profile, as a result

21   Mr. Wenokur's Avvo Rating remains at "Good." Mr. Wenokur's experience rating is 3 out of 5.

22   Yet the Avvo site states he has practiced 24 years and it is unquestioned that he is a sought-after

23   bankruptcy lawyer.

24       27.    Mr. Wenokur asked Avvo to include his Martindale Hubbell AV rating in his

25   profile. Avvo refused to do so unless Mr. Wenokur "claimed" his profile.

26

COMPLAINT - 8
Case No.

001977-11 178070 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    28.    Mr. Wenokur does not maintain a website related to his practice. Avvo's

2  misleading rating may be the only information prospective clients find other than his name and

3  address when they look for his contact information on the Internet.

4    29.    At all times relevant herein, Avvo, Inc. has been a Washington State corporation

5  with its principal place of business in Seattle, Washington.

6    30.    At all times relevant here, Mark Britton has been the CEO of Avvo and resides in

7  Washington state.

8    31.    Defendants John Does are persons, entities and/or law firms and/or venture capital

9  firms. Plaintiffs reserve the right to name those entities as Defendants should discovery prove

10  they have aided and abetted the conduct complained of herein.

11            **IV.    SUBSTANTIVE ALLEGATIONS**

12    32.    Avvo operates and controls a website known as www.Avvo.com. The website

13  targets consumers seeking lawyers. The stated purpose of the website is to rate and profile

14  "every lawyer, so you can choose the right lawyer." Currently, the website covers lawyers in

15  nine states (Arizona, California, Georgia, Illinois, New York, Ohio, Pennsylvania, Texas and

16  Washington) and the District of Columbia, and Defendants plan to add more states on a regular

17  basis.

18    33.    According to the website, "Avvo delivers the information and guidance you need

19  to help you make this important decisions, even if you've never worked with a lawyer before."

20  Avvo's site also represents to consumers that the Avvo Rating is an "assessment of how well a

21  lawyer could handle your legal issue." Avvo re-assures non-lawyer consumers that "[i]t's easy

22  to understand" and will "make the murky process of comparing lawyers clearer."

23    34.    Avvo claims it can predict any lawyer's competency to handle a particular legal

24  issue: "The Avvo Rating is our assessment of how well a lawyer could handle your legal issue."

25  Although the rules of professional responsibility of many states prevent lawyers from remarking

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1  upon the quality of their own legal competency, Avvo evidently does not feel constrained by the

2  same ethical rules.

3      35.    The State of Washington expressly prohibits lawyers from suggesting that a

4  lawyer may have the competency to achieve great results for clients in other matters simply

5  because he or she has a record of prior achievement:

6      An advertisement that truthfully reports a lawyer's achievements
       on behalf of clients or former clients may be misleading if
7      presented so as to lead a reasonable person to form an unjustified
       expectation that the same results could be obtained for other clients
8      in similar matters without reference to the specific factual and legal
       circumstances of each client's case.

9
   Wash. R.P.C. 7.1(3). Avvo nevertheless tells each consumer that a given lawyer with a high
10
   score "could handle your legal issue" without any reference to the specific circumstances of the
11
   client's case. Avvo makes this endorsement without seeking or gathering information about the
12
   client's factual, legal, or other circumstances. Avvo does so at the direction of Britton who as a
13
   lawyer is bound by R.P.C. 7.1(3) and by operation of the site is directly or indirectly behind the
14
   violation of R.P.C. 7.1(3).
15
       36.    Avvo and Britton deliberately omit information from its lawyer profiles, asking
16
   lawyers and their colleagues to provide the information instead. Such omissions render the
17
   lawyer profiles and ratings misleading and run contrary to the spirit of the ethical rules governing
18
   the Washington State Bar Association requiring full disclosure of a reasonable factual
19
   foundation:
20
       Truthful statements that are misleading are also prohibited by this
21      Rule. A truthful statement is misleading if it omits a fact necessary
        to make the lawyer's communication considered as a whole not
22      materially misleading. A truthful statement is also misleading if
        there is a substantial likelihood that it will lead a reasonable person
23      to formulate a specific conclusion about the lawyer or the lawyer's
        services for which there is no reasonable factual foundation.
24
   Wash. R.P.C. 7.1(2). Britton has participated and directed this breach of the R.P.C.
25

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

37.    To rate lawyers, Avvo has developed a secret rating system. Avvo purportedly assigns the initial Avvo Rating using this system. The system is reportedly "based on data we have collected about hundreds of thousands of lawyers — including their number of years in practice, disciplinary sanctions, and professional achievements." According the site, the "data" comes from multiple sources, including state bar associations, court records, lawyer website, and information lawyers provide to Avvo. Avvo admits that it does not search criminal records.

38.    Avvo does not disclose its method of calculating ratings, or the weight given various factors. Avvo also does not disclose the age or source of the information upon which the assigned rating is based. Officially, Avvo maintains that the published ratings are based on a "mathematical model."

39.    Unofficially, in written communications with lawyers who have complained about their ratings, Avvo Customer Care has acknowledged the fallibility of those ratings and the role discretion plays in setting them. "The Avvo rating is based on the publicly available information we could obtain about you; it reflects Avvo's *judgment* based on the available information. We recognize that there could be additional information, not available publicly, which is relevant to your Avvo Rating."

40.    In addition to the rating assigned by Avvo, lawyers can manipulate their own ratings. This can be done by "claiming [their] profile" and submitting additional biographical information. In some instances, lawyers have reported that in the five minutes it took to "claim [their] profile" and update the information, their Avvo rating increased by a point or more – even though nothing about their professional standing had changed.

41.    Lawyers can also boost their own or other lawyers' Avvo Ratings by providing or soliciting attorney endorsements or client testimonials. Theoretically, family, friend and neighbor endorsements can similarly be used to enhance a lawyer's rating.

42.    As a result of these practices, attorneys with significantly less experience and abilities who are willing to register with Avvo can appear to be more competent and highly rated

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623 7292 • FACSIMILE (206) 623 0594

1    than highly experienced lawyers who do not participate. Avvo gives consumers no way to

2    distinguish among the ratings based on this information.

3        43.    When a consumer goes to the site to seek a lawyer, he or she can search by name

4    or practice area or other coordinate. The search will produce names, ratings and profiles of

5    individual lawyers. There is no way for the consumer to determine how the score was

6    calculated, or to weigh the various sources of information.

7        44.    In addition to failing to disclose or explain the factors used for a particular

8    lawyer's rating or the source of the information, Avvo also makes no disclosure or explanation

9    for low scores. For instance, Avvo does not disclose anywhere that a low rating can be the result

10   of Avvo's lack of information regarding a lawyer rather than a lawyer's relative competence.

11   Instead, Avvo willfully leads consumers to believe that lower scores for lawyers are objective,

12   mathematically-derived scores that are based on poor lawyering.

13       45.    Since the website's launch, lawyers have lodged the following complaints about

14   the Avvo Rating system and its consequences. The list is not exclusive:

15            • Avvo has relied on out-of-date data in calculating the ratings;

16            • The Avvo Rating system's Experience rating is unduly
             prejudicial to younger, competent lawyers by assigning them a
17           lower rating based on the number of years admitted despite the
             fact that experience is not only based on length of time
18           admitted to the bar. For example, a criminal defense lawyer in
             five years could try a multitude of cases and be at the top of his
19           field. His or her experience however would be trumped by a
             lawyer who practiced longer but with less trial frequency.
20
             • The Avvo Rating system does not give "credit" for experience
21           in states Avvo does not cover. For example, a lawyer who has
             been a member of the bar of Washington (a covered state) for
22           nine years and the Alaska bar (an uncovered state) for 30, will
             be rated according to his nine years of experience in
23           Washington only.

24            • Lawyers who are admitted to the bar, but have never practiced,
             are rated higher than lawyers who have practiced.
25

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    46.    There are numerous examples of the capricious and arbitrary nature of the Avvo

2    Ratings found on the site as well as its bias:

3    (a)    Avvo founder and CEO Mark Britton, has an Avvo Rating of 8.0, higher

4    than dozens of obvious more capable and experienced lawyers. Indeed, Mr. Britton used to work

5    at Preston Gates & Ellis LLP. His rating is higher than that of William Neukom. Mr. Neukom

6    has more experience, was the General Counsel to Microsoft, the President of Preston Gates, the

7    upcoming President of the America Bar Association and by all measures one of Seattle's finest

8    lawyers. He is rated 8.9 in one profile and 7.4 in another. An unbiased and reliable system

9    would not result in such a rating for Mr. Neukom or for Britton.

10    (b)    Stewart Macmillan Landefeld of Seattle is a Seattle lawyer with an Avvo

11    rating of 10.0 or "Superb." But Mr. Landefeld is endorsed by exactly one lawyer: Mark Britton,

12    who is described on the site in connection with this rating as having "supervised lawyer." There

13    is no disclosure of the bias in this rating: Landefeld and/or his firm do legal work for Avvo.

14    And, Britton does not disclose that he is Avvo's CEO.

15    (c)    Supreme Court Justices Ruth Bader Ginsburg and Samuel Alito each

16    received just three out of five stars for "trustworthiness" when the site debuted. Avvo assigns

17    each its 6.5 or "Good" rating. This is the same rating Avvo assigns to lawyer Lynne Stewart,

18    currently in prison for conspiracy and providing material support to terrorists. Even Avvo has

19    had to admit, through its CEO, that Justice Ginsburg's rating is "a bit less efficient."

20    (d)    One Seattle lawyer enjoys a 6.2 or "Good" Avvo Rating. The lawyer's

21    profile indicates that Avvo can locate no disciplinary proceedings against the lawyer. On the

22    Avvo Experience scale, the lawyer earns 3 out of 5 for the 14 years since he has been admitted to

23    the Washington State Bar Association. The experience screen reports that the lawyer has had

24    one suspension. Avvo describes a suspension as "Suspended means a lawyer temporarily many

25    not practice law for disciplinary reasons." A simple Internet search reveals that in fact the

26

COMPLAINT - 13
Case No.

001977-11  178070 V1

HB
HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623 0594

1   lawyer has been *disbarred.* Avvo's rating system does not accurately report or capture

2   information within the categories it purportedly reports on.

3       (e)    The disbarred Seattle lawyer's rating is higher than that of the Avvo

4   Rating for Larry Bruce Kramer (5.7 or "Average"), the current dean of the Stanford Law School.

5   Stanford University's describes the dean as "one of the leading legal scholars in the country, and

6   reports that he graduated *magna cum laude, honors* from Brown University in 1980 and *magna*

7   *cum laude* from the University of Chicago Law School in 1984."

8       (f)    A lawyer sentenced in May 2005 to 15 years in prison for tax evasion

9   received a rating comparable to the dean's: 5.8 or "Average". Avvo also reports "We have not

10  found any disciplinary sanctions for this lawyer."

11      (g)    A Bremerton, Washington lawyer has a rating of 6.6, or "Good." Avvo

12  reports that the lawyer has practiced for just 9 years. In fact, the lawyer has practiced for almost

13  30 years, and sat as both a state court judge and chief law enforcement officer for a large

14  geographical area in Alaska, a state Avvo does not cover. Avvo told the lawyer that it cannot

15  access the Alaska records that would support a higher rating. Thus, the lawyer appears as a

16  much less experienced lawyer than he actually is.

17      (h)    A Bellevue lawyer, Enrico Salvatore Leo, single-handedly increased his

18  Avvo Rating by 0.3 points simply by adding on his Avvo profile a Player of the Game award that

19  was given to him in 2006 for his athletic skill in playing extracurricular softball for the Underdog

20  Sports League. It clearly has nothing to do with legal competence. Mr. Leo practices in the field

21  of DUIs – not sports law. Subsequently, Mr. Leo inserted additional information to reflect his

22  receipt of the Player of the Year Award in another year, 2005. This award raised his Avvo

23  Rating by an additional 0.3 points. Mr. Leo subsequently removed both "achievements" and his

24  score dropped by 0.6 points. Mr. Leo's example demonstrates that the Avvo Rating system is

25  wholly subjective and permits lawyers to manipulate their ratings with irrelevant information that

26  has nothing to do with the practice of law.

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • Seattle WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1       47.     Avvo provides two profiles for David F. Taylor. One profile rates him as a "10",

2    lists him as 5 out of 5 on experience, 5 on industry recognition, 5 out of 5 on professional

3    conduct, and states that he has been licensed in Washington for 11 years. A second profile for

4    the same lawyer rates him a "6.4", lists him as 3 out of 5 on experience but omits any rating on

5    industry recognition and states that he has been licensed in California for 20 years. Mr. Taylor

6    has limited trial experience. Plaintiff Browne, on the other hand, had a rating of 5.2 on

7    experience, yet he has practiced for 35 years and tried dozens of high profile cases.

8       48.     Both Mr. Landefeld and Mr. Taylor work at Perkins Coie LLP, counsel to Avvo.

9    Messrs. Landefeld and Taylor are both listed on the Perkins Coie website as partners, and they

10   are similarly listed on the Washington State Bar Association website as belonging to Perkins

11   Coie. By contrast, lawyer Deborah N has a rating of 6.4, yet she is Harvard/NYU educated and

12   is one of the 15 or so lawyers approved by the Washington Supreme Court to handle death

13   penalty appeals. She received just a 3 out of 5 on experience despite a vast amount of experience

14   in 18 years of practice.

15      49.     Another Seattle lawyer notes: "My 6.5 rating claims that my practice is

16   'unknown.' Yet their page has a link to my website, which describes my practice, so they did

17   not read it. So much for my rating being 'based on publicly available information.' I wonder

18   what would happen to my rating if I updated information taken directly from my website? I

19   know that a zillion lawyers are similarly ranked with 'unknown' practices even though their

20   practices are very well known in the legal community. The twist that applies to me is that there

21   is another lawyer named Michael Gendler, in Beverly Hills, California, with same rating and

22   same "unknown" law practice. It happens that he is a prominent entertainment lawyer (I do not

23   know him, have no idea if we are related), yet the only differences between me and him in Avvo

24   are location and middle initial. If Avvo can't even help the poor consumer distinguish one

25   Michael Gendler lawyer from another, they are a sorry excused for a consumer resource."

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

50.     Due to the foregoing inaccuracies there is no way a consumer could piece through these inaccuracies to use this information in a reliable fashion.

51.     A lawyer's Avvo Rating is more than a professional vanity. Refusing to play the Avvo game can have disastrous consequences for a lawyer's rating. Avvo urges lawyers to play by Avvo's rules by providing updated biographical detail or submitting a profile. Both of these acts require a credit card. If a lawyer refuses to participate in Avvo's on-line scheme by submitting additional information, he or she will be punished with a mediocre or poor rating that Avvo promotes as an "unbiased" "mathematical calculation" reflecting no "favoritism" that is a reliable "assessment of how well [the] lawyer can handle [the consumer's] legal issue."

52.     The factors Avvo discloses to consumers as going into the calculation of the Avvo Rating are also misleading. For instance, Avvo admits that it uses experience – or the number of years admitted to practice: "The Avvo Rating takes into account many factors, including experience, professional achievements, and disciplinary sanctions."

53.     Avvo does not tell consumers, however, that many of the "professional achievements" are those listed by the lawyers on whose profile they appear. In other words, a lawyer can list his or her own achievements, however minor or insignificant to actual legal practice, and those achievements will enhance the lawyer's rating.

54.     Avvo claims that its rating system is "unbiased", explaining in full: "Because scores are calculated using a mathematical model, all lawyers are judged by the same standards. The Avvo Rating takes into account many factors, including experience, professional achievements, and disciplinary sanctions."

55.     Despite the extraordinarily high scores awarded to Avvo board of directors member Deborah Rhode and CEO Mark Britton and others associated with Avvo, Avvo claims that it does not pick favorites:

> **There's no favoritism.** Here at Avvo, all lawyers are treated
> equally. They can't pay to change their scores, and we don't play
> favorites to lawyers we know. It's just the facts, so to speak.

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    It is unknown how many lawsuits Prof. Rhode has filed or defended on behalf of clients in the

2    past ten years or whether she even maintains an active law practice. Yet, she garners a perfect

3    "10" while serving on Avvo's board even though her own supervisor, Dean Kramer, earns a

4    mediocre "5.7" or "Average."

5        56.    The Avvo Rating system is subject to abuse. Any person willing to provide credit

6    card information can access the site and provide a positive or negative evaluation of another

7    lawyer. Avvo does nothing on its own to check the accuracy of information entered by lawyers

8    or their colleagues. Instead, Avvo relies on an unreliable system in which it asks the general

9    public, "[i]f you see information on any attorney profile that you know to be incorrect, please let

10   us know and we will investigate." Avvo's vague promise to "investigate" does not compensate

11   for a system that is flawed from the start and contains no inherent mechanism for checking the

12   accuracy of information.

13       57.    As a result of Avvo's rating system, thousands of lawyers have suffered damage

14   to their professional reputations by Avvo's publication of their capricious and arbitrary ratings to

15   consumers via the Internet. That damage cannot be undone.

16                 **V.    CLASS ACTION ALLEGATIONS**

17       58.    Pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3), Plaintiffs bring this class action on

18   behalf of themselves and all members of the following class (the "Class"):

19                 All persons who are licensed to practice law in the United States
                   and who are listed on the Avvo site and given a numerical rating.

20

21       59.    Excluded from the Class are employees, officers, directors, legal representatives,

     heirs, successors and assignees of Avvo.

22

23       60.    Plaintiffs believe the Class includes thousands of lawyers throughout the United

     States, but the precise number and identities of the Class members are currently unknown.

24

25   Avvo's CEO and President, Mark Britton, has written that Avvo seeks to gather and rate "over

     650,000 attorneys in one easily searchable place."

26

COMPLAINT - 17
Case No.

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    61.    Common questions of law and fact exist as to all members of the Class and

2    predominate over any questions affecting solely individual members of the Class. Nearly all

3    factual, legal, and statutory relief issues raised in the Complaint are common to each of the

4    members of the Class and will apply uniformly to every member of the Class. Among the

5    questions of law and fact common to Class members are:

6         •    Whether the Avvo Rating is calculated using a "mathematical
              model" that applies uniformly to all Plaintiffs and Class
7             members;

8         •    Whether the "mathematical model," if any, used by Avvo relies
              upon subjective and/or objective criteria;
9
          •    Whether the criteria used by Avvo to calculate ratings may be
10            subject to independent verification;

11        •    Whether the Avvo Rating is unfair and/or deceptive;

12        •    Whether Avvo's conduct amounts to a violation of the
              Washington Consumer Protection Act, RCW Chapter
13            19.86.010 et seq;

14        •    Whether Avvo's conduct is a violation of common law
              negligent misrepresentation in the State of Washington;
15
          •    Whether Plaintiffs and Class members have sustained
16            damages;

17        •    Whether damages to Plaintiffs and Class members are likely to
              continue absent injunctive relief;
18
          •    Whether permanent injunctive relief should be issued as a
19            result of Avvo's unlawful conduct; and

20        •    Whether, and in what amount, Plaintiffs and the other Class
              members are entitled to recover court costs and attorneys' fees.
21
22    62.    Plaintiffs' claims are typical of the claims of other members of the Class because

23    Plaintiffs and every member of the Class have suffered similar injuries as a result of the same

24    unfair or deceptive acts or practices alleged herein. Plaintiffs have no interests adverse to the

25    interests of the other members of the Class.

26

COMPLAINT - 18
Case No.

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

63.    Plaintiffs will fairly and adequately represent and protect the interests of the Class. Plaintiffs have retained able counsel with extensive experience in class action litigation. The interests of Plaintiffs coincide with, and are not antagonistic to, the interests of the other Class members.

64.    The questions of law and fact common to the members of the Class predominate over any questions affecting only individual members, including legal and factual issue relating to liability and damages.

65.    Plaintiffs and other members of the Class have suffered damages as a result of Avvo's unlawful and wrongful conduct. Absent a class action, Avvo will continue its wrongdoing, and such unlawful and improper conduct shall go without remedy. Absent a class action, the members of the Class will not be able to effectively litigate these claims and will suffer further losses, as Avvo will be allowed to continue such conduct with impunity.

66.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all Class members is impracticable. The expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. The Class is readily definable, and prosecution of this action as a class action will eliminate the possibility of repetitious litigation. There will be no difficulty in the management of this action as a class action.

## VI.    CAUSES OF ACTION

### COUNT I

### VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT
### (RCW 19.86.010 *et seq.*)

67.    The preceding allegations are re-alleged and incorporated by reference as if fully set forth herein. This Count is asserted against both Defendants.

68.    Plaintiffs and Class members are "persons" within the meaning and coverage of the Washington Consumer Protection Act, RCW Chapter 19.86.010(1) ("'Person' shall include,

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    where applicable, natural persons, corporations, trusts, unincorporated associations, and

2    partnerships").

3        69.    The Washington Consumer Protection Act provides as follows:

4            Unfair methods of competition and unfair or deceptive acts or
             practices in the conduct of commerce are hereby declared
5            unlawful.

6    RCW 19.86.020.  Plaintiffs and Class members are entitled to sue "to enjoin further violations, to

7    recover the actual damages sustained by him or her, or both."  RCW 19.86.090.

8        70.    By the use of the Avvo Rating and the promotion of the Avvo Rating to

9    consumers as an objective and "unbiased" method to "find the right lawyer," Avvo has engaged

10   in unfair and deceptive conduct.  The Avvo rating system is not objective, is not reliable, is not

11   unbiased.  As a result, Avvo has the capacity to deceive consumers and other lawyers.

12       71.    In particular, the Avvo rating systems is unfair or deceptive in that:

13           (a)    It purports to be objective when it is not, and is subject to manipulation;

14           (b)    It cannot produce a reliable rating system due to the over breadth and

15                  vagueness of its categories, as one example:  experience by years alone

16                  does not equate to skill;

17           (c)    Contains inherent inconsistencies among categories;

18           (d)    The inequality between high ratings of average lawyers versus obviously

19                  talented and "superb" lawyers shows the unreliability and deceptive nature

20                  of the system;

21           (e)    Publicly penalizes lawyers who will not register and provide biographical

22                  data;

23           (f)    Purports to be "unbiased" when it is not;

24           (g)    Purports to be free of "favoritism" which it is not;

25           (h)    Does not provide a reliable benchmark for assessing lawyer competence,

26                  despite Avvo representations to the contrary;

COMPLAINT - 20
Case No.

001977-11 178070 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

(i)    Encourages consumer trust in a fallible system;

(j)    Does not discriminate between low or mediocre ratings based on no
information and low or mediocre ratings based on performance;

(k)    Allows manipulation by allowing lawyers to provide biographical
information that immediately boosts rating even if that information has no
bearing on the performance of a lawyer;

(l)    Promotes the qualities of lawyers in violation of R.P.C. 7.1(3) and 7.1(2);
and

(m)    Avvo's rating system does not accurately report even in the categories it
purports to rate. For example, it purports to rate "Professional Conduct"
but it misses disciplinary proceedings that a minimum of due diligence
would find. Thus, a consumer might hire a lawyer based on an untruthful
Avvo rating about Professional Conduct. The same is true for
"experience." It purports to report on a lawyer's experience but its system
cannot accurately do so even if experience could be measured simply by
years.

72.    Avvo's unfair and deceptive conduct has occurred in the conduct of trade or
commerce.

73.    Defendant Britton, as a lawyer, was ethically bound not to violate R.P.C. 7, yet
Avvo does so at his direction. He has thus committed, directed and/or aided and abetted in the
violation of the R.P.C.s and is directly responsible for violating RCW 19.86.

74.    Avvo and Britton's conduct affects the public interest by having a broad impact,
and potential impact, on the business decisions made by consumers of legal services and the
integrity of the legal system. Avvo and Britton's unfair or deceptive acts and practices have the
capacity to deceive a substantial portion of the public. The acts are committed in the course of
Avvo and Britton's business; the acts are part of a pattern or generalized course of business; the

COMPLAINT - 21
Case No.

001977-11 178070 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, SUITE 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    acts were committed repeatedly prior to the acts involving Plaintiffs; there is a real and

2    substantial potential for repetition of Avvo's and Britton's conduct after the acts involving

3    Plaintiffs; and thousands of lawyers and consumers of legal services are affected or likely to be

4    affected by Avvo's conduct.

5        75.    Avvo and Britton's unfair and deceptive acts of calculating the Avvo Rating

6    directly, foreseeably, and proximately caused and will cause damage to Plaintiffs and other

7    members of the Class in violation of the CPA, making such unfair and deceptive acts and

8    practices illegal and requiring injunctive relief.

9                               **COUNT II**

10   **VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT**
     **(Individual Claim On Behalf of Plaintiff Browne)**

11

12       76.    The preceding allegations are re-alleged and incorporated by reference as if fully

     set forth herein.
13

14       77.    Plaintiff Browne is a "person" within the meaning and coverage of the

     Washington Consumer Protection Act, RCW Chapter 19.86.010(1) ("'Person' shall include,
15
     where applicable, natural persons, corporations, trusts, unincorporated associations, and
16
     partnerships").
17

18       78.    The Washington Consumer Protection Act provides as follows:

19               Unfair methods of competition and unfair or deceptive acts or
                 practices in the conduct of commerce are hereby declared
                 unlawful.
20

21   RCW 19.86.020.  Plaintiff Browne is individually entitled to sue "to recover the actual damages

     sustained by him."  RCW 19.86.090.
22

23       79.    By the use of the Avvo Rating and the promotion of the Avvo Rating to

     consumers as an objective and "unbiased" method to "find the right lawyer," Avvo and Britton
24
     have engaged in unfair and deceptive conduct.  The Avvo rating system is not objective or
25

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 ● SEATTLE, WA 98101
TELEPHONE (206) 623 7292 ● FACSIMILE (206) 623 0594

1   unbiased; nor is it reliable. As a result, Avvo has the capacity to deceive consumers and other

2   lawyers, and Britton is equally responsible for that violation.

3       80.    Defendants' unfair and deceptive conduct has occurred in the conduct of trade or

4   commerce.

5       81.    Defendants' conduct affects the public interest by having a broad impact, and

6   potential impact, on the business decisions made by consumers of legal services and the integrity

7   of the legal system. Defendants' unfair or deceptive acts and practices have the capacity to

8   deceive a substantial portion of the public. The acts are committed in the course of Defendants'

9   business; the acts are part of a pattern or generalized course of business; the acts were committed

10  repeatedly prior to the acts involving Plaintiff; there is a real and substantial potential for

11  repetition of Defendants' conduct after the acts involving Plaintiff; and hundreds of thousands of

12  lawyers and consumers of legal services are affected or likely to be affected by Defendants'

13  conduct.

14      82.    Clients and prospective clients have, do, and will rely upon the false information

15  provided by Defendants, as Defendants assume they will. Defendants have trumpeted their own

16  impact on client's business decisions with a headline posted on Avvo's own website under the

17  caption of "How to choose the right lawyer – and how Avvo can help." *See*

18  http://www.Avvo.com/Avvo_guide/Avvo_guide/ (last viewed on June 11, 2007).

19      83.    Defendants tell clients and potential clients of Plaintiff Browne to rely upon

20  Defendants' information about Plaintiff Browne in making business decisions about whether or

21  not to retain Plaintiff Browne:

22

23          If you're looking for a lawyer, you have a very important, and
            possibly stressful, decision to make. We've been there ourselves,
            so we understand   and we're here to help. We've combined our
24          personal experiences with our deep knowledge of the legal
            industry to produce this 3-step guide to choosing the right lawyer.
25

26

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1   *See* http://www.Avvo.com/Avvo_guide/Avvo_guide/ (last viewed on June 11, 2007).

2   Defendants asks clients and prospective clients to rely on Defendants' own "deep knowledge" to

3   make the otherwise "stressful" decision as to whether or not to retain Plaintiff Browne.

4       84.     At least two clients of Plaintiff Browne reviewed and relied upon Avvo's low

5   ratings of Plaintiff Browne.

6       85.     At least two clients of Plaintiff Browne terminated his legal representation of

7   them as a direct result of the poor ratings posted on the Avvo website.  Plaintiff Browne has

8   suffered damage to his reputation and lost fees that he would have earned as the result of

9   representing each of those two clients and others.  Defendants' unfair and deceptive acts directly,

10  foreseeably, and proximately caused and will cause damage to Plaintiff Browne in violation of

11  the CPA, making such unfair and deceptive acts and practices illegal and requiring an award of

12  monetary relief to Plaintiff Browne.

13      **WHEREFORE,** Plaintiffs, on their behalf and on behalf of the Class, pray for judgment

14  as follows:

15      A.      For an Order certifying this case as a class action against Avvo and other

16  Defendants and appointing Plaintiffs as Representatives of the Class;

17      B.      For costs of suit incurred herein;

18      C.      For prejudgment interest to the extent allowed by law;

19      D.      For penalties as allowed by law;

20      E.      For permanent injunctive relief to enjoin further violations of the law; and

21      F.      For such other and further relief as this Court may deem just and proper.

22

23

24

25

26

COMPLAINT - 24
Case No.

001977-11 178070 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1    DATED:  June 14, 2007.

2                                        HAGENS BERMAN SOBOL SHAPIRO LLP

3

4                                        By _____

5                                             Steve W. Berman, WSBA #12536
                                             Steve@hbsslaw.com
6                                             Jeniphr A.E. Breckenridge, WSBA #21410
                                             Jeniphr@hbsslaw.com
7                                             Robert Gaudet, Jr., WSBA #33842
                                             RobertG@hbsslaw.com
8                                        1301 Fifth Avenue, Suite 2900
                                         Seattle, WA 98101
9                                        Telephone:  (206) 623-7292
                                         Facsimile: (206) 623-0594
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT - 25
Case No.

001977-11  123670 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594