07-CV-00920-DECL

ENTERED
RECEIVED
JUN 21 2007 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE AND ALAN J WENOKUR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br>                   Plaintiff/Petitioner<br><br>VS.<br>AVVO, INC.; ET AL<br>                   Defendant/Respondent | Cause #: CV7 920RSL<br><br>Declaration of Service of:<br><br>SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jun 18 2007 10:00AM at the address of 1801 W BAY DR NW SUITE 206 OLYMPIA, within the County of THURSTON, State of WASHINGTON, the declarant duly served the above described documents upon AVVO, INC. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MICHELLE ROWE, AGENT AUTHORIZED TO ACCEPT SERVICE.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: June 19, 2007 at Olympia, WA

by _____
    S. Treiber    PSR2003-0326-02

Service Fee Total: $ 67.90

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4789618

**ORIGINAL PROOF OF SERVICE**

Page 1 of 1

Hagens & Berman
1301 5th Ave, #2900
Seattle, WA 98101
206 623-7292

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON__

JOHN HENRY BROWNE and ALAN J.
WENOKUR, et al., Plaintiffs,

V.

AVVO, INC., MARK BRITTON and
JOHN DOES 1-25, Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**CV7  920 L**

TO: (Name and address of Defendant)

AVVO, Inc.
c/o CT Corporation System
1801 West Bay Drive, NW, Suite 206
Olympia, WA 98502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro, LLP
1301 5th Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRUCE RIFKIN                                              6/19/07
CLERK [signature]                                         DATE

(By) DEPUTY CLERK