FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 26 2007   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE AND ALAN J. WENOKUR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff/Petitioner<br><br>vs.<br><br>AVVO, INC., ET AL.,<br><br>　　　　　Defendant/Respondent | Cause #:  CV7 920 RSL<br><br>Declaration of Service of:<br><br>SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jun 19 2007 10:25AM at the address of 616 1ST AVE SUITE 700 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon MARK BRITTON by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MARK BRITTON.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: June 21, 2007 at Seattle, WA

by _____
　　　　　J. Bradford

Service Fee Total: $ 34.35



07-CV-00920-MISC

FINAL
F SERVICE

1 of 1

Hagens & Berman
1301 5th Ave, #2900
Seattle, WA   98101
206 623-7292

Dockets.Justia.com