The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE and ALAN J. WENOKUR, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVVO, INC., MARK BRITTON and JOHN DOES 1-25,<br><br>Defendants. | No. CV7 920 RSL<br><br>NOTICE OF APPEARANCE |

TO:  Clerk of the Court;

TO :  The Plaintiffs Named Above;

AND TO:  Steve W. Berman,
Jeniphr A. E. Breckenridge,
Robert Gaudet, Jr.,
HAGENS BERMAN SOBOL SHAPIRO, LLP

As Attorneys of Record for Said Plaintiffs

YOU AND EACH OF YOU will please take NOTICE that defendants AVVO, INC. and MARK BRITTON, hereby appear in the above-entitled action and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.

NOTICE OF APPEARANCE (CV7 920 RSL) — 1

SEA 2045065v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   DATED this 28th day of June, 2007.

2                                                    Davis Wright Tremaine LLP
    Attorneys for Defendants Avvo, Inc. and
3   Mark Britton

4
    By  s/Bruce E. H. Johnson
5       Bruce E. H. Johnson, WSBA # 7667
        Stephen M. Rummage, WSBA # 11168
6       Ambika K. Doran, WSBA # 38237
        1201 Third Avenue, Suite 2200
7       Seattle, Washington 98101-3045
        Telephone: (206) 757-8069
8       Fax: (206) 757-7069
        E-mail: brucejohnson@dwt.com,
9       steverummage@dwt.com,
        ambikadoran@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE (CV7 920 RSL) — 2

SEA 2045065v1 0084269-000001

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Steve W. Berman – steve@hbsslaw.com

    Jeniphr A.E. Breckenridge – jeniphr@hbsslaw.com

    Robert Gaudet, Jr. – robertg@hbsslaw.com

    Davis Wright Tremaine LLP
    Attorneys for Defendants Avvo, Inc. and Mark Britton

    By /s/ Bruce E.H. Johnson
       Bruce E. H. Johnson, WSBA # 7667
       Stephen M. Rummage, WSBA # 11168
       Ambika K. Doran, WSBA # 38237
       1201 Third Avenue, Suite 2200
       Seattle, Washington 98101-3045
       Telephone: (206) 757-8069
       Fax: (206) 757-7069
       E-mail: brucejohnson@dwt.com,
       steverummage@dwt.com,
       ambikadoran@dwt.com

NOTICE OF APPEARANCE (CV7 920 RSL) — 3
SEA 2045065v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700