The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE and ALAN J. WENOKUR, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>AVVO, INC., MARK BRITTON, and JOHN DOES 1-25,<br><br>                Defendants. | No. CV7 920 RSL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(c)<br><br>**Note on Motion Calendar:**<br>**July 20, 2007** |

      Having considered the Motion of Defendants Avvo, Inc. and Mark Britton to Dismiss the Class Action Complaint Under Fed. R. Civ. P. 12(c), the pleadings and papers filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

      **IT IS HEREBY ORDERED** that the Motion is GRANTED as follows:

      Plaintiffs' Complaint is hereby dismissed with prejudice.

      The Clerk is directed to enter judgment accordingly.

      **IT IS SO ORDERED.**

Dated: July __, 2007

                                                                                _____
                                                        The Honorable Robert S. Lasnik
                                                        United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(CV7 920 RSL) — 1

SEA 2045294v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dockets.Justia.com

1  Submitted by:
   Davis Wright Tremaine LLP
2  Attorneys for Defendants
   Avvo, Inc. and Mark Britton
3
   By:  s/ Bruce E. H. Johnson
4        Bruce E. H. Johnson, WSBA # 7667
         Stephen M. Rummage, WSBA #11168
5        Ambika K. Doran, WSBA # 38237

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(CV7 920 RSL) — 2

SEA 2045294v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700