1                                                              The Honorable Robert S. Lasnik

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10    JOHN HENRY BROWNE and ALAN J.        )
      WENOKUR, individually and on behalf of )    No. CV7 920 RSL
      others similarly situated,            )
11                                          )
                                            )
12                      Plaintiffs,         )    DECLARATION OF KAREN
                                            )    SHAAK IN SUPPORT OF
13            v.                            )    DEFENDANTS' MOTION TO
                                            )    DISMISS CLASS ACTION
14    AVVO, INC., MARK BRITTON, and JOHN    )    COMPLAINT
      DOES 1-25,                            )
15                                          )    **Note on Motion Calendar:**
                        Defendants.         )    **July 20, 2007**
16                                          )
      _____)

17        Karen Shaak declares as follows:

18        1.    ***Identity of Declarant.***  I am Program Manager for Avvo, Inc., in Seattle,

19    Washington.  I have held this position since September 11, 2006.  In this position, I am

20    responsible for various aspects of software development, testing, and design, including

21    coordination of the development process with members of Avvo's business and development

22    teams.  As part of my job responsibilities, I have access to the servers upon which Avvo stores

23    its databases, including the systems and tools to access data.  I make this declaration based

24    upon my personal knowledge acquired in this position.

25        2.    ***Avvo Beta Website.***  Avvo recently launched a beta version of its website,

26    www.avvo.com, on June 5, 2007, meaning that the site was not meant to be a final version,

27

DECLARATION OF KAREN SHAAK (CV7 920 RSL) — 1
SEA 2043680v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    but rather one ready for testing by the wider public for feedback on bugs and features.  As

2    such, the Avvo beta site is subject to constant editing and changes on a daily basis.

3        3.    ***Complaints About Beta Version.***  I have read Plaintiff's Complaint, which

4    refers to a variety of pages on Avvo's website prior to changes made to the site on June 26,

5    2007.  Archived screenshots of pages from Avvo's previous site, however, presently reside on

6    Avvo's servers and are attached as Exhibit A.  If a reader had visited Avvo's website on June

7    14, 2007, the day the Complaint was filed, these pages would have been available to them.

8        I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on June 28, 2007, in Seattle, Washington.

10

11                                    _Karen Shaak_

12    Karen Shaak

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF KAREN SHAAK (CV7 920 RSL) — 2
SEA 2043680v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2600 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve W. Berman – steve@hbsslaw.com

Jeniphr A.E. Breckenridge – jeniphr@hbsslaw.com

Robert Gaudet, Jr. – robertg@hbsslaw.com

Davis Wright Tremaine LLP
Attorneys for Defendants Avvo, Inc. and
Mark Britton

By  s/Bruce E.H. Johnson
    Bruce E. H. Johnson, WSBA # 7667
    Stephen M. Rummage, WSBA # 11168
    Ambika K. Doran, WSBA # 38237
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 757-8069
    Fax: (206) 757-7069
    E-mail: brucejohnson@dwt.com,
    steverummage@dwt.com,
    ambikadoran@dwt.com

DECLARATION OF KAREN SHAAK (CV7 920 RSL) — 3
SEA 2043680v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700