# Exhibit A



**Avvo** Beta
Ratings. Guidance. The Right Lawyer.

Lawyer Search | How It Works | For Lawyers | Support

Welcome! **Sign in**
New to Avvo? Register here

**Find Lawyers in Your Area**
We Match You to the Right Lawyer. Free, Secure, and Confidential.

**DUI Defense Attorneys**
Specializing in Washington State Call now for a free consultation

Ads by Google

### How It Works

Overview
**Step #1**
  Home Page
  Search Results
**Step #2**
  Overview
  Experience
  Recognition
  Client Ratings
  Peer Endorsements
**Step #3**
  User FAQ
  Avvo Rating Overview

Avvo Guide Overview

### What Is Avvo?

Avvo is a website that rates and profiles every lawyer, so you can choose the right lawyer. Avvo delivers the information and guidance you need to help you make this important decision, even if you've never worked with a lawyer before. Here's what you'll find on Avvo:

Profiles for every attorney in the state, with information including experience practicing law, disciplinary sanctions, professional achievements, and client ratings.

The Avvo Rating: Based on information we have collected about a lawyer, the Avvo Rating is our assessment of how well the lawyer could handle your legal issue. Learn more

The simple Avvo 3-Step Guide to Choosing a Lawyer. Learn more



### How It Works

① **We profile** hundreds of thousands of attorneys, using information from state courts and bar associations, websites, and lawyers themselves.

② **We calculate** each lawyer's Avvo Rating, to help you sort through the profiles.

③ **You contribute** your firsthand experiences by rating attorneys that you've worked with.

### How To Get Started

▶ Start your lawyer search now

▶ Check out our 3-Step Guide to Choosing a Lawyer

1




# Avvo™ Beta
Ratings. Guidance. The Right Lawyer.

**Lawyer Search** | How It Works | For Lawyers | Support

Welcome! **Sign in**
New to Avvo? Register here



## Search for your lawyer

**1**
⦿ Legal practice area    ○ Lawyer name

○ **TOP practice areas**    ○ **ALL practice areas**

○ Bankruptcy / Debt
○ Brain Injury
○ Business
○ Car / Auto Accident
○ Criminal Defense
○ DUI / DWI
○ Debt Settlement
○ Defective / Dangerous Products
○ Divorce / Separation

○ Immigration Law
○ Medical Malpractice
○ Motorcycle Accident
○ Patent Application
○ Personal Injury
○ Real Estate
○ Tax
○ Trademark Application
○ Wrongful Death

**2**
City, state or zip code

▶ Search

Free ratings and profiles for every lawyer
so you can choose the right lawyer

▼ Profiles for every lawyer in the state
▼ Unbiased Avvo Rating (learn more)
▼ Disciplinary sanction history
▼ Ratings and reviews from clients
▼ Avvo 3-Step Guide to Choosing a Lawyer (learn more)

**Lawyers:** Avvo gives you a free online profile you can update as often as you like. Learn more.

