I have found this to be useful and accurate as clients frequently ask about an attorney reference and I have had no basis for a recommendation. You have a first rate team and have created a site easy to use and easy to understand! Best Wishes to this needed service.

Warren Stickney
CEO
Stickney Research

12. *Avvo Launches: Go Get 'Em Guys « practice management blog* Says:
    June 5th, 2007 at 10:22 pm

    […] announced by legal blogger Kevin O'Keefe in this piece and on the official Avvo Blog by CEO Mark Britton, with whom we spoke a month ago, after months of anticipation and a reported […]

13. *Bob West* Says:
    June 5th, 2007 at 10:23 pm

    Good luck with your launch. I believe it will provide a useful tool to consumers. I did have some reluctance to register when you asked for credit card information. I agree with other comments that a different security tool should be found if you truly want attorneys to register and update their profiles. Since attorneys are in a business that has a tendency to make someone mad, I am curious how one rebuts a negative comment from a disgruntled opponent, and what impact does it have on your rating system.

14. *China Law Blog* Says:
    June 6th, 2007 at 12:24 am

    Congrats and thanks for the 10.0. Makes my momma mighty proud.

15. *Dmitry* Says:
    June 6th, 2007 at 1:56 am

    I'd like to second what Frank Edens said…

    Congratulations Mark, Welcome to the World Wide Web of Law. Wish you and your team much success.

    Dmitry Shubov
    Founder
    LegalMatch

16. *Anon* Says:
    June 6th, 2007 at 7:15 am

    Wow. Really lame. You tell the public someone has been "rated" without really knowing squat about them or their practices.

    You might be a commercial success, and perhaps making a buck is all that counts, but as a real rating system for consumers it is a failure.

    Even if you get feedback on some lawyers, it will be easy to game the system, so that you can praise yourself or one's friends, or libel those you don't like. Just great. A system built to be abused.

17. *C. Rosales* Says:
    June 6th, 2007 at 7:52 am

    I looked up a Seattle lawyer just for fun. I knew that he had been disbarred some time ago. You had him rated as GOOD.

18. *DOD* Says:
    June 6th, 2007 at 8:11 am

    It is very curious that the only way Avvo can conceive of verifying an attorney's identity is by means of a credit check. There is not a state or federal bar that feels the need to run a credit check in order to ensure that attorneys appearing before their courts or seeking licensure in their bars are who they say they are.

    The very act of running a credit report on someone affects their credit score, so your presumed identification method adversely affects those whom you wish to rate.

    Your service stands to be detrimental to attorneys who are rated less favorably, solely because the information in the profile is incorrect or incomplete. And the only way you provide to remedy this situation is to degrade one's credit score and store their credit card information.

    This is unacceptable and silly, seeing as how there are any number of ways to verify one's identity besides running a credit check on someone. Because your business practices have the potential to directly harm the practices of affected lawyers, Avvo and its corporate counsel should carefully consider whether this current business model is one that is wise to continue.

    You have had enough foresight, apparently, not to rate the nine Justices of the U.S. Supreme Court–congratulations, yet you either haven't taken the time, or are simply unaware of the many other judges and justices throughout the country that are currently rated on your system. I seriously doubt whether Ms. Rhode or Mr. Hirshon, who sit on your legal advisory board, would advocate or approve of the policy of disparaging the reputations of judges and justices with the very public they both serve and will adjudge.

19. *Mike Orren* Says:
    June 6th, 2007 at 10:23 am

    Any plans for an API for other sites (for instance local news) to tap into your data and send traffic back your way?

20. *Dave Lefkow* Says:
    June 6th, 2007 at 10:49 am

    Congratulations on your launch!

    As someone who has launched 2 companies in the last 6 months, I know how hard finding the right legal representation is. Even a little bit of guidance in this area now (and more later as your community develops) will be immensely helpful and appreciated.

    Just like the rest of the world, lawyers will now need to learn how to manage their online reputation and in the process become more accountable to the clients they serve.

21. *VG* Says:
    June 6th, 2007 at 12:36 pm

    The uproar in reaction to this launch has been interesting. Welcome to the world of accessible public information, lawyers! How is this any different from Citysearch, where a chiropractor for example can be rated highly by happy clients, bashed by unhappy clients, review himself if he feels like it, and bash the competition if he feels like it?! People have a right to be informed with as much data as possible, and then they need to use their judgment to make the best purchasing decision. Does anyone know how Citsearch comes up with their star ratings? No. But as a consumer you can either trust that it's valid, or not. If Avvo can work out the kinks and gain consumer's trust about the ratings system, this will be a great service. And lawyers are just going to have to figure out how to make the best of it, just like the chiropractor.

22. *Daniel* Says:

June 6th, 2007 at 1:05 pm

What have you done to cover your exposure for libel by attorneys upset with a "client's" negative comment?

How about adding a feature to allow an individual to rate their legal adversary's attorney…or an attorney to rate their opponent…parents to rate their kids who made it through law school?

23. *James Cameron* Says:
    June 6th, 2007 at 2:07 pm

    "Just like the rest of the world, lawyers will now need to learn how to manage their online reputation"

    "And lawyers are just going to have to figure out how to make the best of it"

    But many do already . . . through their own Web sites or elsewhere. They have no special obligation to maintain information on every legal services Web site that springs up, which could become unmanageable and time consuming. Moreover, in the case of law firms with more than a handful of attorneys this responsibility lays not with the attorney but the firm administrator or marketing director (and it is highly unlikely this individual is going to load up and maintain profile information for 20 or 30 or more individuals).

    The onus here is not on attorneys nearly so much as Avvo, whose system is highly dependent on the quality of the information it does receive, a good deal of information it doesn't receive, and a highly suspect rating methodology.

    Until these issues are addressed - and this could be a tall order - Avvo has no idea themselves how valid their results are and consumers are quite likely receiving misleading information regarding the relative merit of attorneys.

24. *Dave Schappell* Says:
    June 6th, 2007 at 2:34 pm

    Mark - congratulations on a sweet launch — the site looks awesome and it seems to be perfectly optimized for search engines, so kudos on that — you should start seeing some sweet traffic from that over the next 60-90 days.

    Please keep your blogs posts coming fast & furious — share what's working, what's not functioning as expected, and what the top complaints are (from lawyers, users, etc.) — think the openness will only build on the great press you've been receiving.

    Onward!

25. *anon* Says:
    June 6th, 2007 at 3:09 pm

    The status & discipline information for Washington lawyers is over 7 months old. When and how often to you plan to update it?

26. *Jay W.* Says:
    June 6th, 2007 at 3:37 pm

    Thanks for the site. As for a consumer that is just now trying to find a lawyer I am looking at anything to help me find the right one. Although I understand some of the concerns by other lawyers, I fully take responsibility to use the information I find here not as the gospel but as a tool to help me find the right representation. All ratings have their positives and negatives…and they can be made to look which ever way the statisticians want them to look. They are also as good as the information that feeds them. I would like to make a request though, you improve on the search features on the site and let us find the field a lawyer is in by a term or word…for example…I'm trying