to find a lawyer that is knowledgeable with ERISA but as a layperson, don't know how to narrow down the field let alone where to start…

27. *R. Mullen* Says:
June 6th, 2007 at 3:59 pm

18 months and what a polished result!

You guys are going to have your work cut out for you, but that's the price of setting the bar as high as you did. There's no reason to set it lower and the public are going to be pleased. I'll blog about it as often as I can. It's all good.

Now comes the hard part of making Avvo operatic.

Sanjaya doesn't look too busy,–now wouldn't THAT be fun?!

BTW, I'm expecting to see SOMEONE in a kilt on the front page in the nearfuture!!

28. *Yet Another Scam* Says:
June 6th, 2007 at 4:08 pm

It only takes a little bit of research to find out that the "public service" information you have presented on your web site is irresponsible and rife with errors in data and judgement and will affect the lives andreputations of so many people and families.

As a result, I can only imagine the law suits that will certainly come yourway as a result of your short-sided greed.

Shame on you.

29. *Blake* Says:
June 10th, 2007 at 9:55 am

When will you start to list Canadian Lawyers?

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

- Search
-
- **Pages**
  - About Avvo
- **Categories**
  - Avvo Geeks (2)
  - Avvo News (6)
  - How to Choose a Lawyer (1)
  - Mark Britton Posts (4)
  - Paul Bloom Posts (2)
  - User Experience (2)

---

Avvo Blog | Avvo.com | Entries (RSS) | Comments (RSS).
© 2007 Avvo, Inc. All Rights Reserved.




Find Lawyers in Your City
Lawyer/Client Matching Service. Review Profiles Before You Choose!

DUI Defense Attorneys
Specializing in Washington State Call now for a free consultation

Ads by Google

Lawyer Search | How It Works | For Lawyers | Support

Welcome! Sign in
New to Avvo? Register here

**How It Works**
- Overview
- Avvo Guide Overview
- Step #1
  - Home Page
  - Search Results
- Step #2
  - Overview
  - Experience
  - Recognition
  - Client Ratings
  - Peer Endorsements
- Step #3
- User FAQ
- Avvo Rating Overview

## What is the Avvo Rating?

The Avvo Rating is our assessment of how well a lawyer could handle your legal issue. It is based on data we have collected about hundreds of thousands of lawyers - including their number of years in practice, disciplinary sanctions, and professional achievements. The data comes from multiple sources, including state bar associations, court records, lawyer websites, and information lawyers provide to Avvo. We have created a mathematical model that considers this information and calculates a score on a ten-point scale. The result is called the **Avvo Rating**.

**Here's why the Avvo Rating can help you find the right lawyer:**

- **It's unbiased.** Because scores are calculated using a mathematical model, all lawyers are judged by the same standards. The Avvo Rating takes into account many factors, including experience, professional achievements, and disciplinary sanctions.
- **There's no favoritism.** Here at Avvo, all lawyers are treated equally. They can't pay to change their scores, and we don't play favorites to lawyers we know. It's just the facts, so to speak.
- **It's developed by legal experts for non-experts.** The model used to calculate the Avvo Rating was developed with input from hundreds of attorneys, thousands of consumers, and legal experts.
- **It's easy to understand.** With a simple ten-point rating scale and the ability to sort by Avvo Rating, we hope to make the murky process of comparing lawyers clearer.

The Avvo Rating is one of several tools you should use to choose the right lawyer for your case. Avvo also provides helpful information about lawyers' areas of practice, fees and payment, and location. Plus, Avvo offers client reviews, so you can get (or give) the scoop about what it was really like to work with a particular lawyer.