**Avvo** ™ Beta
Ratings. Guidance. The Right Lawyer.

Lawyer Search | How it Works | For Lawyers | Support

**WA Attorneys at Law**
Injury, Family, Criminal Law, etc. Call Today For Free Consultation

**Find the Right Lawyer**
We Match You to the Right Lawyer. Free, Secure, and Confidential.

Ads by Google

Welcome! **Sign in**
New to Avvo? Register here

**How it Works**
Overview
Avvo Guide Overview
Step #1
  Home Page
  Search Results
Step #2
  Overview
  Experience
  Recognition
  Client Ratings
  Peer Endorsements
Step #3
User FAQ
Avvo Rating Overview

## Step #1: Compile a list of potential lawyers

Most likely, there are many attorneys in your area who can help with your legal issue. Find out who is available and do a little research on their experience. To build a preliminary list:

- **Get started with Avvo.** We're an excellent place to start, because we've profiled every lawyer in your state. Profile information includes experience, areas of practice, professional achievements, disciplinary sanctions (if any), and the Avvo Rating, our assessment of how well a lawyer could represent you based on information we know about the lawyer.
- **Ask for recommendations from friends, family, and other trusted sources.** If you feel comfortable, you can ask friends and family members who have been through similar situations to recommend lawyers. You may also want to ask your accountant, doctor, or other professional for suggestions.
- **Consult your state or local bar association.** These groups may have a referral service to help you find a lawyer that fits your needs. You can find contact information for the bar association in the phone book or online.

### How Avvo can help

Avvo's search tools make it easy to compile a list of potential lawyers, then zero in on the ones you want to research in more detail.

Homepage      Search Results

See more details      See more details

© 2007 Avvo, Inc. All Rights Reserved.

Dockets.Justia.com



**AVVO** ™ Beta

Ratings. Guidance. The Right Lawyer.

**DUI Defense Attorneys**
Specializing in Washington State. Call
now for a free consultation

**Find Lawyers in Your Area**
We Match You to the Right Lawyer. Free,
Secure, and Confidential.

Ads by Google

Welcome! **Sign in**
New to Avvo? Register here

| Lawyer Search | How It Works | For Lawyers | Support |

## How It Works

Overview

Avvo Guide Overview

**Step #1**
Home Page
Search Results

**Step #2**
Overview
Experience
Recognition
Client Ratings
Peer Endorsements

**Step #3**
User FAQ

Avvo Rating Overview

## User FAQ

Questions

**General**

 What is Avvo?
 What is the Avvo Rating?
 How much does it cost to use Avvo?
 How do you make money?
 Where does the lawyer profile information come from?
 Should I rely on only the Avvo Rating in choosing a lawyer?
 Are all Avvo Ratings based on the same amount of information?
 How often do you update the information?

**Search by lawyer name**

 Why can't I find the lawyer I'm searching for?
 Why do some lawyers have more than one profile?

**Search by legal practice area**

 How do I know which legal practice area to choose?
 My search returned too many or too few lawyers. How do I narrow or expand the results?
 Why are you showing me lawyers located outside the city or zip code I selected?
 How do you determine the order in which lawyers appear in the search results?
 Can lawyers influence where they appear in the search results list?

**Profile Page**