### Answers

#### What is Avvo?

Avvo is a lawyer search website that helps you choose the right lawyer for your legal needs. Avvo provides unbiased ratings, detailed profiles, and a disciplinary sanction history (if any) for every lawyer in the states we cover.

↑ Back to top

#### What is the Avvo Rating?

The Avvo Rating is our assessment of how well a lawyer could handle your legal issue. It is based on data we collected about the lawyer, including the attorney's experience practicing law, professional achievements, and disciplinary sanctions (if any). This data comes from several sources, including state bar associations, court records, and lawyer websites, as well as information that lawyers provide to Avvo. We've created a mathematical model that takes all this information into account and calculates a score on a ten-point scale. Learn more about the Avvo Rating.

↑ Back to top

#### How much does it cost to use Avvo?

### Creating an Account

- Why should I create an account?
- What information do I need to provide to create an account?
- If I give you my e-mail address, are you going to send me e-mail all the time?
- How does Avvo protect my privacy?

### Client Ratings

- How do I submit a Client Rating?
- I submitted a Client Rating. Why hasn't it appeared on the website?
- Why do I need to register before submitting a Client Rating?
- Does my name appear on the website when I write a review?
- How do you know reviews are written by actual clients?

- Why do some lawyer's profiles have more information than others?
- What's the difference between the Avvo Rating, client ratings, and peer endorsements?
- What's a disciplinary sanction?
- Is it possible that a lawyer will have a disciplinary sanction and it will not show up in Avvo?
- What does "breakdown of current areas of practice" mean?
- What does the "last updated by Avvo" column mean?
- If I see incorrect information on a lawyer's profile page, what should I do?

Avvo is free - you can view all the attorney information, use all the features, and even submit client ratings free of charge. Avvo is also free for lawyers, who are encouraged to update their profiles with the most current and complete information.

↑ Back to top

### How do you make money?

We make money by selling advertising on our site. Advertising is independent from the Avvo Rating and attorney search results rankings, which cannot in any way be influenced by advertising or any other form of payment.

↑ Back to top

### Where does the lawyer profile information come from?

Lawyer profile information comes from several sources, including state bar associations, court records, and lawyer websites, as well as information that lawyers supply to Avvo. Avvo brings all this data together in one convenient, easy-to-use website, so you don't have to spend hours trying to find it all yourself.

Keep in mind that we collect lawyer profile information from different sources that we do not control, and we do not verify such information. If you feel that you have found incorrect information on an attorney's profile, please let us know immediately. Our goal is to ensure that all data on Avvo is as accurate, up-to-date, and helpful as possible.

↑ Back to top

### Should I rely on only the Avvo Rating in choosing a lawyer?

No. While the Avvo Rating is well-informed by our extensive research and legal expertise, it is only one of several tools you can use to choose the right lawyer for your case. You should look at the other information on Avvo about the lawyers' areas of practice, fees and payment, and locations. Plus, Avvo offers client ratings, so you can get (or give) the scoop about what it was really like to work with a particular lawyer. Also keep in mind that the Avvo Rating is based on information we have collected about the lawyer, not personal experience; so it can't measure subjective factors like personality and communication style. The fact is, there's no substitute for talking and meeting with an attorney in person. See our Avvo 3-Step Guide to Choosing a Lawyer to get more detailed information about how to choose the right attorney.

↑ Back to top

### Are all Avvo Ratings based on the same amount of information?

No. The Avvo Rating is based on information in lawyers' profiles. As you can see from the profiles, the amount of information in them differs from one profile to another, no matter if we found the information or the lawyer gave it to us. If we do not find enough information about a lawyer, we do not rate them.

↑ Back to top

20