### How often do you update the information?

We strive to keep lawyer profile information as current as possible. However, we are sometimes dependent on others (state bar associations, for example) to make updated data available to us. For data collected from government sources, we show the date that the information was last updated on Avvo.

↑ Back to top

### Why can't I find the lawyer I'm searching for?

The lawyer must be practicing in a state Avvo currently serves. We're rapidly expanding our coverage, but right now we don't have information for all states.

If you've done a search by name, you may want to try the following:

- 🚫 Check to be sure you're spelling the lawyer's name correctly.
- 🚫 Remove the lawyer's first name from the search box.
- 🚫 Sometimes the name the lawyer registered with the state bar association is different from the name you know (for example, a maiden name). If you know another name for the lawyer, try searching with that name.

↑ Back to top

### Why do some lawyers have more than one profile?

Lawyers with multiple profiles are licensed to practice in more than one state. An Avvo profile will be displayed for each state where the lawyer is licensed. When reviewing a lawyer's profile in one state, make sure to check the lawyer's profiles in other states as well. The other profiles may include more information on the number of years the lawyer has been licensed to practice law or disciplinary sanctions.

↑ Back to top

### How do I know which legal practice area to choose?

Be as specific as you can in selecting a practice area - that way, Avvo can show you the lawyers who can help you. Think about your legal issue and what type of experience you'd like your lawyer to have. If you're not sure - and many people aren't - take a look at the brief, easy-to-understand legal practice area descriptions we've written to help you decide.

↑ Back to top

### My search returned too many or too few lawyers. How do I narrow or expand the results?

The easiest way to narrow or expand your search results is by using the drop-down menus in the left column of the search results page. You can target your search by location, practice area, Avvo Rating, or disciplinary sanctions.