↑ Back to top

**Why are you showing me lawyers located outside the city or zip code I selected?**

When you search by city or zip code, Avvo includes lawyers with an exact match, and also those within a five-mile radius. This way you can see a broader selection of attorneys who are still close to your desired location. If you'd like to see the list of attorneys sorted by distance from the location you entered, click on the "Dist" column header.

↑ Back to top

**How do you determine the order in which lawyers appear in the search results?**

Avvo considers the information you enter into the search box and shows you the lawyers we think are the best match. If you prefer, you can sort by lawyer name, practice area, Avvo Rating, Client Rating, distance, or disciplinary sanctions - just click on the header at the top of each column.

↑ Back to top

**Can lawyers influence where they appear in the search results list?**

No. An attorney's rank in the search results is based on how well they match your search criteria. Advertising is completely independent of search results - search results cannot be influenced by advertising or any other form of payment.

↑ Back to top

**Why do some lawyer's profiles have more information than others?**

Lawyer profile data comes from several sources, and not all sources are available for every attorney. Data sources include state bar associations, court records, and lawyer websites, as well as information provided directly by the attorney.

↑ Back to top

**What's the difference between the Avvo Rating, client ratings, and peer endorsements?**

The Avvo Rating is our assessment of how well a lawyer could handle your legal issue. It is based on a mathematical model equally applied to all lawyers.

Client ratings are provided by former and current clients and give you a first-hand account of what it's like to work with a particular lawyer.

Peer endorsements - recommendations from other attorneys - can show you how a lawyer is perceived by their peers. Peer endorsements can also give you insight into the depth of a lawyer's network, which may be important because lawyers often need to consult colleagues for expertise in different legal practice areas.

Dockets.Justia.com