↑ Back to top

## What's a disciplinary sanction?

A disciplinary sanction is an action taken against a lawyer by the state agency that regulates lawyers. A sanction can be a minor reprimand, or it can be a very serious punishment like suspension or disbarment from practicing law. If you see a sanction on an attorney's record, proceed with caution.

↑ Back to top

## Is it possible that a lawyer will have a disciplinary sanction and it will not show up in Avvo?

Yes, in three limited cases. The first case involves something called "private" sanctions. Bar associations can discipline an attorney in private and that disciplinary sanction does not appear in the public record. If it is not in the public record, we will not know about it. The second case is that in some states, the bar association or court may give access to data that only goes back so many years. New York is an example of this – we were able to collect only the last three years of disciplinary history for each New York lawyer. The third case is that a lawyer may receive a sanction after we collect his or her information from the public records.

↑ Back to top

## What does "breakdown of current areas of practice" mean?

This pie chart shows you an estimate of how much time a lawyer currently spends in specific areas of legal practice. This can change over time, as a lawyer's emphasis on certain practice areas may change.

Keep in mind that, until a lawyer claims his or her profile, we give an equal percentage in the pie chart to each of the lawyer's practice areas that we have found. These equal percentages may not be accurate; however, they are the best information we have until the lawyer changes the percentages on our website.

↑ Back to top

## What does the "last updated by Avvo" column mean?

Avvo is always updating and refreshing lawyer profile information; this is the date we last collected the information. The data is provided by state bar associations and court records.

↑ Back to top

## If I see incorrect information on a lawyer's profile page, what should I do?

If you see information that is incorrect, please let us know immediately. Our goal is to ensure that all data on Avvo is as accurate, up-to-date, and helpful as possible.