↑ Back to top

### How do I submit a Client Rating?

Submitting a Client Rating is easy, and it takes just a minute or two - but it can be incredibly helpful to Avvo users who are looking for an attorney. You can submit a rating from either the Overview tab or the client ratings tab on the lawyer's profile page. You may only submit a rating if you are or were a client of the attorney.

↑ Back to top

### I submitted a Client Rating. Why hasn't it appeared on the website?

Our team reviews every submission before posting it, to ensure that ratings are helpful to consumers, and are not "spam." The review process generally takes no longer than 24 hours.

↑ Back to top

### Why do I need to register before submitting a Client Rating?

Our goal is to offer high-quality, authentic client ratings. We ask you to register for quality-control purposes.

↑ Back to top

### Does my name appear on the website when I submit a client rating?

To protect your privacy, your name does not appear unless you specifically choose to have it listed.

↑ Back to top

### How do you know client ratings are written by actual clients?

We take several steps to maintain the quality of ratings: We require users to register before submitting a rating, and we carefully review every Client Rating before we post it. We also rely on the Avvo community, so please let us know if you see a rating that seems suspicious or incorrect.

↑ Back to top

### Why should I create an account?

Creating an Avvo account lets you submit client ratings and will give you access to upcoming features that will make it even easier to choose a lawyer. If you like, we can also let you know when we launch new states and new features.

↑ Back to top

### What information do I need to provide to create an account?

Dockets.Justia.com

We make it easy - all we need is your e-mail address.

↑ Back to top

### If I give you my e-mail address, are you going to send me e-mail all the time?

If you don't want to receive Avvo e-mail, you don't have to. We'll only send you e-mail if you specifically request it during registration or on your Account Page.

↑ Back to top

### How does Avvo protect my privacy?

We take your privacy very seriously. For more details about how we treat personally identifiable information we collect from you, please read our privacy policy.

↑ Back to top

| Home | For Lawyers | Press | Jobs | Support | Privacy | Terms of Use | About Us | Avvo Blog |
| Browse by Location | Browse by Practice Area | | New York lawyers | Chicago lawyers | Los Angeles lawyers | Houston lawyers | Dallas lawyers |

© 2007 Avvo, Inc. All Rights Reserved.