THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE and ALAN J. WENOKUR, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AVVO, INC., MARK BRITTON and JOHN DOES 1-25, <br><br> Defendants. | No. CV7 920 RSL <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE FOR FED. R. CIV. P. 12(c) MOTION |

Plaintiffs John Henry Browne and Alan J. Wenokur, through counsel, have requested 14 additional days to respond to Defendants' Motion to Dismiss Class Action Complaint Under Fed. R. Civ. P. 12(c ) ("Motion"), which was served on June 28, 2007. Defendants' counsel do not object to that request. The parties therefore stipulate that the deadline for Plaintiffs to respond to Defendants' Motion shall be extended to July 30, 2007. The deadline for Defendants to reply to Plaintiffs' response shall be August 10, 2007. The parties respectfully request that the Clerk of the Court renote the motion for August 10, 2007.

STIPULATION AND [PROPOSED] ORDER EXTENDING
SCHEDULE FOR FED. R. CIV. P. 12(c) MOTION  - 1
Case No. CV7 920 RSL

001977-11  183970 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

Dockets.Justia.com

<u>ORDER</u>

IT IS SO ORDERED.

The deadline for Plaintiffs to respond to the Motion to Dismiss Class Action Complaint Under Fed. R. Civ. P. 12(c ) shall be July 30, 2007.  The deadline for Defendants' reply shall be August 10, 2007.  The motion shall be noted on the Motion Calendar on August 10, 2007.

_____
The Honorable Robert S. Lasnik
United States District Judge

Stipulated and Respectfully Submitted By:

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ *Jeniphr A.E. Breckenridge*
    Steve W. Berman, WSBA #12536
    steve@hbsslaw.com
    Jeniphr A.E. Breckenridge, WSBA #21410
    jeniphr@hbsslaw.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP

By   /s/ *Steven M. Rummage*
    Bruce E.H. Johnson, WSBA #7667
    brucejohnson@dwt.com
    Steven M. Rummage, WSBA #11168
    steverummage@dwt.com
    Ambika K. Doran, WSBA #38237
    ambikadoran@dwt.com
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER EXTENDING
SCHEDULE FOR FED. R. CIV. P. 12(c) MOTION  - 2
Case No. CV7 920 RSL

001977-11  183970 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594