THE HONORABLE ROBERT S. LASNIK

07-CV-00920-FINAFF

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE and ALAN J. WENOKUR, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVVO, INC., MARK BRITTON and JOHN DOES 1-25,<br><br>Defendants. | No. CV7 920 RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE FOR FED. R. CIV. P. 12(c) MOTION |

Plaintiffs John Henry Browne and Alan J. Wenokur, through counsel, have requested 14 additional days to respond to Defendants' Motion to Dismiss Class Action Complaint Under Fed. R. Civ. P. 12(c) ("Motion"), which was served on June 28, 2007. Defendants' counsel do not object to that request. The parties therefore stipulate that the deadline for Plaintiffs to respond to Defendants' Motion shall be extended to July 30, 2007. The deadline for Defendants to reply to Plaintiffs' response shall be August 10, 2007. The parties respectfully request that the Clerk of the Court renote the motion for August 10, 2007.

STIPULATION AND [PROPOSED] ORDER EXTENDING
SCHEDULE FOR FED. R. CIV. P. 12(c) MOTION - 1
Case No. CV7 920 RSL

001977-11 183970 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

Dockets.Justia.com

1  ORDER

2  IT IS SO ORDERED.

3  The deadline for Plaintiffs to respond to the Motion to Dismiss Class Action Complaint Under Fed. R. Civ. P. 12(c) shall be July 30, 2007. The deadline for Defendants' reply shall be August 10, 2007. The motion shall be noted on the Motion Calendar on August 10, 2007.

DATED: July 23, 2007

/s/ S Lasnik
The Honorable Robert S. Lasnik
United States District Judge

Stipulated and Respectfully Submitted By:

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Jeniphr A.E. Breckenridge
Steve W. Berman, WSBA #12536
steve@hbsslaw.com
Jeniphr A.E. Breckenridge, WSBA #21410
jeniphr@hbsslaw.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP

By  /s/ Steven M. Rummage
Bruce E.H. Johnson, WSBA #7667
brucejohnson@dwt.com
Steven M. Rummage, WSBA #11168
steverummage@dwt.com
Ambika K. Doran, WSBA #38237
ambikadoran@dwt.com
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for Defendants



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594