# EXHIBIT 1

**BD 1**

Dockets.Justia.com

6/11/2007

**DUI Defense Attorneys**
Specializing in Washington State Call now for a free consultation

**Find Lawyers in Your Area**
We Match You to the Right Lawyer. Free, Secure, and Confidential.

Ads by Google



**Avvo** Beta™
Ratings. Guidance. The Right Lawyer.

Welcome! Sign in

New to Avvo? Register here

**For Lawyers**

- Overview
- Claim Profile
- Lawyer FAQ
- Avvo Rating Overview
- Report Incorrect Data
- Advertise with Us

# Overview

## How Avvo can work for you

The old adage says that nothing in life is free - but Avvo is the exception. Unlike legal directories that typically charge for listings, Avvo provides you with a free online profile and the ability to update it with as much information as you like - all at no cost to you. It's a fast, easy, and free way to improve your presence on the Internet.

Avvo can also save you time and money in attracting highly qualified clients, because we educate our users before we send them your way. Avvo users have studied your profile in advance, so by the time they call you they are more likely to choose you as their attorney.

## Get the most out of Avvo - without paying a cent

http://www.avvo.com/for_lawyers/overview

**BD 2**

Avvo users may be reading your profile right now. Make sure it is as complete and up-to-date as possible, in just three steps:

## Step 1. Claim your Avvo profile.

It's fast, simple, and free. Just go to your profile page, click the "update my profile" link, and verify that it's you.

## Step 2. Update your profile.

When it comes to choosing an attorney, consumers want as much information as possible. An up-to-date and complete profile shows them that you are proactive and will provide attentive, detailed representation. Keep in mind that we take your privacy very seriously and will not sell or give any information you provide on your profile to any third party (read our privacy policy).

Updating your profile may also have a positive impact on your Avvo Rating: the more we know about you, the better we can determine your score.

## Step 3. Request peer endorsements and client ratings for your profile.

You already know how important satisfied clients and colleagues are to generating new business. Avvo makes it easy for you to showcase what former clients and other attorneys have to say about you - simply invite them to submit client ratings and peer endorsements to your profile page.

**Claim your profile now!**

## Get even more from Avvo: Advertise with us

Don't settle for static yellow pages ads and expensive search engine clicks from uninformed customers. Avvo will be introducing a full range of targeted advertising solutions in the near future - let us know if you're interested and we'll be in touch.

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy

6/11/2007

**BD 3**

- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

6/11/2007

http://www.avvo.com/for_lawyers/overview

**BD 4**