# EXHIBIT 2

BD 5

Dockets.Justia.com

**Child Support Lawyers**
Review Profiles, Ratings, & Cost. Then Choose, Present Your Case Now

**Seattle Attorney**
Law Office Of Jason E Anderson Wide Range Of Services-Call Today

Ads by Google



Welcome! Sign in

New to Avvo? Register here

Support

- Avvo Rating Overview
- User FAQ
- Lawyer FAQ
- Contact support
- Report Incorrect Data
- Privacy Policy
- Terms of Use

# What is the Avvo Rating?

The Avvo Rating is our assessment of how well a lawyer could handle your legal issue. It is based on data we have collected about hundreds of thousands of lawyers - including their number of years in practice, disciplinary sanctions, and professional achievements. The data comes from multiple sources, including state bar associations, court records, lawyer websites, and information lawyers provide to Avvo. We have created a mathematical model that considers this information and calculates a score on a ten-point scale. The result is called the **Avvo Rating**.

## Here's why the Avvo Rating can help you find the right lawyer:

- **It's unbiased.** Because scores are calculated using a mathematical model, all lawyers are judged by the same

**BD 6**

standards. The Avvo Rating takes into account many factors, including experience, professional achievements, and disciplinary sanctions.

- **There's no favoritism.** Here at Avvo, all lawyers are treated equally. They can't pay to change their scores, and we don't play favorites to lawyers we know. It's just the facts, so to speak.
- **It's developed by legal experts for non-experts.** The model used to calculate the Avvo Rating was developed with input from hundreds of attorneys, thousands of consumers, and legal experts.
- **It's easy to understand.** With a simple ten-point rating scale and the ability to sort by Avvo Rating, we hope to make the murky process of comparing lawyers clearer.

The Avvo Rating is one of several tools you should use to choose the right lawyer for your case. Avvo also provides helpful information about lawyers' areas of practice, fees and payment, and location. Plus, Avvo offers client reviews, so you can get (or give) the scoop about what it was really like to work with a particular lawyer.

Keep in mind that the Avvo Rating is based on information we have collected about a lawyer, not personal experience, so it can't measure subjective factors like personality and communication style. The fact is, there's no substitute for talking and meeting with an attorney in person. See our Avvo 3-Step Guide to Choosing a Lawyer to get more detailed information about how to choose the right attorney.

**Frequently asked questions about the Avvo Rating**

**How does Avvo calculate the Avvo Rating?**

We calculate the Avvo Rating based on data we've collected from multiple sources, including public records (such as the state bar associations, regulatory agencies, and court records), published sources on the Internet (including lawyers' websites), and information lawyers supply to Avvo. This information is then considered by our mathematical model to arrive at score from 1 - 10. The Avvo Rating takes into account many factors, including experience, professional achievements, and disciplinary sanctions.

To calculate the Avvo Rating, we assign different weights to the information in a lawyer's profile. While these weights reflect our opinion that some things in a lawyer's profile are more important than others, they are well-informed by our extensive research and legal expertise.

**Do you publish the details of how the Avvo Rating is calculated?**

We don't, primarily because we don't want anyone to try to game the Avvo Rating system. Much as Google doesn't share its search engine secrets, we don't share the inner-workings of the Avvo Rating so that it will always help individuals choose the right lawyer.

**What are the levels on the Avvo Rating's 10 point scale?**

- 9.0-10.0 Superb
- 8.0-8.9 Excellent
- 7.0-7.9 Very good
- 6.0-6.9 Good
- 5.0-5.9 Average
- 4.0-4.9 Concern
- 3.0-3.9 Caution
- 2.0-2.9 Strong caution
- 1.0-1.9 Extreme caution

**Do lawyers need to pay or sign-up to be included in the Avvo Rating?**

Absolutely not. Avvo publishes a lawyer profile for every licensed attorney (in the states we cover), and calculates an Avvo Rating for every lawyer who appears to be working with clients. The lawyer profile is free to attorneys, and the Avvo Rating is unbiased and cannot be influenced by advertising or any other form of payment.

**I'm a lawyer and want to change my Avvo Rating. How can I make this happen?**

While Avvo can't adjust your Avvo Rating, there are actions you can take that may impact your score. For example, if you believe you have incorrect information on a public record that's impacting your Avvo Rating, you can contact the appropriate organization and petition to have the record changed. The next time we collect information from that state, your Avvo profile will be updated.

In addition, your score may change if you update your Avvo profile with current information about yourself, including your work experience, practice areas, and professional achievements. The more we know about you, the better we can determine your score. Be sure that the information you add to your profile is accurate, as your Avvo Rating can be negatively impacted if you post inaccurate information to your profile.

**Can lawyers lie on their Avvo profiles to boost their Avvo Rating?**

Attorneys can lose their licenses for falsifying data, and we don't believe they will take that risk on their Avvo profile pages. That said, we rely on our community of users to ensure data on Avvo is as accurate as possible. If you see information on an attorney

http://www.avvo.com/support/avvo_rating                                                             6/11/2007

BD 8

profile that you know to be incorrect, please let us know and we will investigate. If we determine that an attorney has intentionally posted false profile data, this will impact their level of professional conduct and therefore negatively impact their Avvo Rating.

**Can a lawyer's Avvo Rating change over time?**

Yes, it can. As we collect more information about a lawyer, the Avvo Rating gets recalculated and the score may adjust accordingly. In addition, we may periodically adjust the mathematical model used to calculate the Avvo Rating, which could result in a change to a lawyer's Avvo Rating.

**Why do some lawyers not have an Avvo Rating?**

If we don't have sufficient information about an attorney to calculate a rating then we won't display an Avvo Rating on their profile. Also, there are some instances where rating an attorney would not be useful, such as if the lawyer is deceased.

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 9**