# EXHIBIT 3

**BD 10**

Dockets.Justia.com

**DUI Defense Attorneys**
Specializing in Washington State
a free consultation

**Criminal Lawyer**
Call now for Search for Criminal Law Specialists in Your
Area. Free & Confidential.

Ads by Google



Ratings. Guidance. The Right Lawyer.

Welcome! Sign in

New to Avvo? Register here

# Washington lawyer: John Henry Browne

Is this you? Click here to update your profile for free. Why?



**John Henry Browne**

Is this you? Update your profile for free. Why?

http://www.avvo.com/attorneys/98104-wa-john-browne-4323.html

Law Offices of John Henry Browne, P.S.

6/14/2007

**1 lawyer**

See all endorsements

Lawyers: Endorse this attorney.

# License & Disciplinary Sanctions

35 years since John Henry Browne was first licensed to practice law in WA. See details.

⚠ This lawyer has been sanctioned by a state disciplinary authority. See details.

# Legal Practice Areas

## John Henry Browne's current areas of practice:



**Criminal Defense**

20%

**BD 12**

## Violent Crime

20%

## Federal Crime

20%

## Sexual Assalt

20%

## Drugs

20%

# Fees & Payments

Fees ▣ No information

Payment types No information

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers

**BD 13**