# EXHIBIT 4

**BD 14**

Dockets.Justia.com

**Find Your Attorney Now**
Review Profiles, Ratings & Cost. Then
Choose. Present Your Case Now!

**DUI Defense Attorneys**
Specializing in Washington State Call now for
a free consultation

Ads by Google



Welcome! Sign in

New to Avvo? Register here

# Bradley Rowland Marshall

Is this you? Click here to update your profile for free. Why? ⓘ



**Bradley Rowland Marshall**

Is this you? Update your profile for free. Why? ⓘ

 Return to search results

**BD 15**



We have not found any information in this lawyer's background that is, in our opinion, concerning. This
records. The information used to calculate this Avvo Rating is displayed in the attorney's profile. Howev
this rating does not consider.
Find out more about the Avvo Rating ⬛

**Client Ratings**

Are you a former client?
Be the first to rate this lawyer

**Peer Endorsements**

Lawyers: Endorse this attorney.

# License & Disciplinary Sanctions

21 years since Bradley Rowland Marshall was first licensed to practice law in WA. See details.

---

⚠ This lawyer has been sanctioned by a state disciplinary authority. See details.

# Legal Practice Areas

# Bradley Rowland Marshall's current areas of practice:



**BD 16**

**Unknown**

100%

# Fees & Payments

Fees ⓘ No information

Payment types No information

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 17**

 Washington State Bar Association     W

Public    Member    Sponsor     Help

# Discipline Notice

| WSBA Bar # | 15830 | Member Name | Bradley Rowland Marshall |
|---|---|---|---|
| Action | Reprimand | Effective Date | 3/27/1997 |
| RPC | 3.3 - Candor Toward the Tribunal<br>4.1 - Truthfulness in Statements to Others<br>5.3 - Responsibilities Regarding Nonlawyer Assistants<br>8.4 (a) - Violate the RPCs<br>8.4 (c) - Dishonesty, Fraud, Deceit or Misrepresentation<br>8.4 (d) - Conduct Prejudicial to the Administration of Justice | | |
| Discipline Notice | Bradley R. Marshall (WSBA No. 15830, admitted 1986), of Seattle, has been reprimanded pursuant to the Board's March 27, 1997 order, entered after a disciplinary hearing. The discipline is based upon Marshall a case in which he instructed a member of his office staff to sign two declarations without the declarants' and to emulate the declarants' signatures. Without making any notation that the declarants had not signed declarations, Marshall filed these declarations with the court. These actions violated RPC 3.3 (a)(1) and ( 4.1 (a), RPC 5.3, and RPC 8.4 (a), (c), and (d).<br>Marshall's client's case had been dismissed on a summary judgment motion in part because declarations the client and another witness were not in the proper form. Marshall had his staff prepare amended decla client and the witness, so the declarations would meet the requirements of Civil Rule 56, but did not chan substance of two declarations previously signed by the declarants. He later instructed his staff to sign the declarations and to emulate the signatures of his client and the witness. He knowingly filed the declaratio false signatures in support of a motion for reconsideration of an order. There were no notations on the de indicate that the declarants had not signed them, and Marshall did not inform opposing counsel or the jud declarants had not signed the declarations. Although Marshall directed his staff to improperly sign declara would not accept personal responsibility for the improper signatures or submitting false information to the The Hearing Officer was C. Bradford Cattle of Everett. Kurt Bulmer of Seattle represented the Responder Counsel Anne Seidel and Jean Kelley McElroy represented the Bar Association. | | |

**The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a the official decision in the case. For more complete information, call 206-727-8207 and press 7.**

Public     Member     Sponsor     Help

**BD 18**

 Washington State Bar Association                    W

⌐ Public  ⌐  Member    Sponsor    Help

# Discipline Notice

| WSBA Bar # | 15830 | Member Name | Bradley Rowland Marshall |
|---|---|---|---|
| Action | Suspension | Effective Date | 5/10/2007 |
| RPC | | | |
| Discipline Notice | Mr. Marshall received an 18-month suspension, effective May 10, 2007. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a the official decision in the case. For more complete information, call 206-727-8207 and press 7.

Public        Member        Sponsor        Help

**BD 19**