# EXHIBIT 5

**BD 20**

**Free Attorney Search**
Search For Legal Specialists In Your Area.
Free & Confidential.

**Personal and Auto Injury**
Legal info on what and how to claim Get result with top ranked lawyers

Ads by Google



Welcome! Sign in

New to Avvo? Register here

# San Francisco, CA lawyer: Theresa Jean Gibbons

Is this you? Click here to update your profile for free. Why?



**Theresa Jean Gibbons**

Is this you? Update your profile for free. Why?

Return to search results

**BD 21**

- 



We have not found any information in this lawyer's background that is, in our opinion, concerning. This records. The information used to calculate this Avvo Rating is displayed in the attorney's profile. Howev this rating does not consider.
Find out more about the Avvo Rating

**Client Ratings**

Are you a former client?
Be the first to rate this lawyer

**Peer Endorsements**

Lawyers: Endorse this attorney.

# License & Disciplinary Sanctions

17 years since Theresa Jean Gibbons was first licensed to practice law in WA. See details.

---

⚠ This lawyer has been sanctioned by a state disciplinary authority. See details.

# Legal Practice Areas

# Theresa Jean Gibbons's current areas of practice:



**BD 22**

**Unknown**

100%

## Fees & Payments

Fees ⊠ No information
Payment types No information

---

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 23**

## Washington State Bar Association

Monday, July 30, 2007

| Public | Member | Sponsor | Help |

## Discipline Notice

| WSBA Bar # | 19293 | Member Name | Theresa Jean Gibbons |
|---|---|---|---|
| Action | Censure | Effective Date | 8/1/1997 |
| RPC | 8.4 (c) - Dishonesty, Fraud, Deceit or Misrepresentation | | |
| Discipline Notice | Seattle lawyer Theresa Jean Gibbons, formerly known as Theresa Gibbons Odom (WSBA No. 19293, admitted 1990), has been ordered censured pursuant to a stipulation for discipline, approved by the Disciplinary Board in August 1997. The discipline is based upon a misrepresentation made by Gibbons when submitting materials for publication in the Judicial Voters Pamphlet for the fall 1996 judicial elections. Gibbons was an unsuccessful candidate for King County Superior Court judge in the fall 1996 elections. The Office of the Administrator of the Courts (OAC) had the responsibility of publishing a Judicial Voters Pamphlet for the fall 1996 judicial elections. The deadline for submitting materials to OAC for publication in the voters pamphlet was 1 p.m. on Friday August 9, 1996, and all candidates were informed of that deadline. Any materials postmarked before August 9, 1996, and received by OAC by August 12, 1996, would also be timely. On August 9, Gibbons called and told OAC that her materials had been mailed but returned to her because she had left off OAC's post office box number. She was told that if she could not get the materials to OAC by 1 p.m. that day, the materials might still be accepted if she submitted the returned envelope intact by August 12, with the candidate information inside and the August 8 postmark on the envelope. On August 12, 1996, Gibbons delivered her materials to OAC inside an envelope bearing an August 8, 1996, postmark. The envelope had been used by a third party to mail something to Gibbons, and Gibbons had placed new mailing labels over the original recipient and sender addresses. Gibbons knew that she had not used the envelope to mail her materials to OAC. When Gibbons was told that her materials were late and would not be accepted, she stated that she had called on the 9th, and she pointed out the August 8 postmark on the envelope. OAC accepted the materials. The materials were not published in the voters pamphlet, however, because OAC subsequently determined that Gibbons had not used the envelope to mail materials to OAC, but instead a third party had used it to mail items to Gibbons, and it bore that third party's postage meter stamp. Given Gibbons' knowledge of the importance of the postmark date, her use of an envelope with an August 8 postmark date and her actions in indicating that postmark when she hand-delivered the materials on August 12 were a misrepresentation about whether her materials were being submitted within the deadline for inclusion in the Judicial Voters Pamphlet. These actions violated RPC 8.4(c), which prohibits lawyers from engaging in conduct involving misrepresentation, and subject Gibbons to discipline pursuant to RLD 1.1(a) and RLD 1.1 (i). Respondent was represented by Leland G. Ripley. The Bar Association was represented by disciplinary counsel Jean K. McElroy. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.

001977-11 187499 V1

**BD 23A**