# EXHIBIT 7

BD 27

Dockets.Justia.com

**Need IRS Tax Debt Relief?**
Get Help Resolving Your Tax Debts Today, Free IRS Tax Debt Analysis
RoniDeutch.com/Tax-Relief

Ads by Google



Welcome! Sign in

New to Avvo? Register here

# Seattle, WA lawyer: Robert Louis Butler

Is this you? Click here to update your profile for free. Why?



**Robert Louis Butler**

Is this you? Update your profile for free. Why?

Return to search results

Start new search

**BD 28**

http://www.avvo.com/attorneys/98104-wa-robert-butler-552.html                    7/27/2007

## License & Disciplinary Sanctions

49 years since Robert Louis Butler was first licensed to practice law in Washington.

| State | License status | Year acquired | Last updated by Avvo |
|---|---|---|---|
| Washington | Active | 1958 | 10/30/2006 |

We have not found any disciplinary sanctions for this lawyer.

## Work Experience

No information

## Education

No information

## Languages Spoken

No information

---

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 29**



We have not found any information in this lawyer's background that is, in our opinion, concerning. This records. The information used to calculate this Avvo Rating is displayed in the attorney's profile. Howev this rating does not consider.
Find out more about the Avvo Rating

**Client Ratings**

Are you a former client?
Be the first to rate this lawyer

**Peer Endorsements**

Lawyers: Endorse this attorney.

# License & Disciplinary Sanctions

49 years since Robert Louis Butler was first licensed to practice law in WA. See details.

---

We have not found any disciplinary sanctions for this lawyer.

# Legal Practice Areas

# Robert Louis Butler's current areas of practice:



**Unknown**

**BD 30**

100%

## Fees & Payments

Fees  No information
Payment types  No information

---

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

BD 31

 **Washington State Bar Association**                    W

| Public | Member | Sponsor | Help |

## Discipline Notice

| WSBA Bar # | 448 | Member Name | Robert Louis Butler |
|---|---|---|---|
| Action | Resignation in Lieu of Disbarment | Effective Date | 5/7/2007 |
| RPC | | | |
| Discipline Notice | Mr. Butler resigned in lieu of disbarment, effective May 7, 2007. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a the official decision in the case. For more complete information, call 206-727-8207 and press 7.

| Public | Member | Sponsor | Help |

**BD 32**