# EXHIBIT 8

BD 33

Dockets.Justia.com

**DUI Defense Attorneys**
Specializing in Washington State Call now for a free consultation

**Qui Tam Lawyers**
Representing those who blow the whistle on fraud and abuse.

Ads by Google



Avvo Beta
Ratings. Guidance. The Right Lawyer.

Welcome! Sign in

New to Avvo? Register here

# Washington lawyer: Karen L. Unger

Is this you? Click here to update your profile for free. Why?

**Karen L. Unger**

Is this you? Update your profile for free. Why?

332 E 5th St
Port Angeles, WA 98362

**BD 34**

http://www.avvo.com/attorneys/98362-wa-karen-unger-11339.html    6/15/2007

## Avvo Rating

**4.2**

**Concern**

Experience
Professional Conduct

This Avvo Rating is based solely on public records. There may be other relevant data that this rating does not consider. Find out more about the Avvo Rating

**Client Ratings**

Are you a former client?
Be the first to rate this lawyer

**Peer Endorsements**

Lawyers: Endorse this attorney

## License & Disciplinary Sanctions

26 years since Karen L. Unger was first licensed to practice law in WA. See details.

 This lawyer has been sanctioned by a state disciplinary authority. See details.

**BD 35**

## Legal Practice Areas

### Karen L. Unger's current areas of practice:



**Unknown**

100%

## Fees & Payments

Fees ▣ No information
Payment types No information

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

**BD 36**

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 37**

## License & Disciplinary Sanctions

26 years since Karen L. Unger was first licensed to practice law in Washington.

| State | License status | Year acquired | Last updated by Avvo |
|---|---|---|---|
| Washington | Active | 1981 | 10/31/2006 |

⚠ This lawyer has been sanctioned by a state disciplinary authority.

| State | Sanction type | Year sanctioned | Last updated by Avvo |
|---|---|---|---|
| Washington | Admonition | 2004 | 10/31/2006 |

## Work Experience

No information

## Education

No information

## Languages Spoken

No information

- Home
- For Lawyers
- Press
- Jobs
- Support

BD 38



Monday, July 30, 2007

# Washington State Bar Association

Public | Member | Sponsor | Help

## Discipline Notice

| WSBA Bar # | 11671 | Member Name | Karen L. Unger |
|---|---|---|---|
| Action | Admonition | Effective Date | 2/23/2004 |
| RPC | | | |
| Discipline Notice | Karen L. Unger (WSBA No. 11671, admitted 1981), of Port Angeles, was admonished following a hearing. The admonition was based on her conduct in 2002 involving failing to promptly respond to the Bar Association's request for information relevant to a grievance. | | |
| | In August 2002, the Bar Association requested that Ms. Unger provide documentation regarding a transaction with a client. Ms. Unger accepted title to an automobile in partial satisfaction of her attorney's fees. The Association asked for documentation regarding the title transfer, gifting, and tax transactions. In November and December 2002, Ms. Unger, through counsel, objected to producing tax records. | | |
| | Ms. Unger's conduct violated ELC 5.3(e), requiring lawyers to provide prompt responses to inquiries and requests made under the rules for information relevant to grievances or matters under investigation. | | |
| | Linda B. Eide represented the Bar Association. Michael E. Schwartz represented Ms. Unger. Scott M. Ellerby was the hearing officer. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.

Public     Member     Sponsor     Help

001977-11 187500 V1

**BD 38A**