# EXHIBIT 9

BD 39

Dockets.Justia.com

**Diana Lynn Kiesel Inc PS**
21 years of law experience. I will work for you.
www.tacomalaw.com

**DUI Defense Attorneys**
Specializing in Washington State Call now for a free consultation
www.waduidefense.com         Ads by Google



Welcome! Sign in

New to Avvo? Register here

# Seattle, WA lawyer: Sherrie Bennett

This profile has been claimed. Contact us to report any ownership issues.



**Sherrie Bennett**

This profile has been claimed. Contact us to report any ownership issues.

Goldber;

**BD 40**

- 
- 
- 
- 
- 



**1.0**



**Extreme caution**

Experience
Industry Recognition
Professional Conduct

This Avvo Rating is based on public records, data from other sources, and data entered by the lawyer.
Find out more about the Avvo Rating

**Client Ratings**

Are you a former client?
Be the first to rate this lawyer

**Peer Endorsements**

Lawyers: Endorse this attorney.

# License & Disciplinary Sanctions

26 years since Sherrie Bennett was first licensed to practice law in WA. See details.

---

⚠ This lawyer has been sanctioned by a state disciplinary authority. See details.

# Legal Practice Areas

# Sherrie Bennett's current areas of practice:

**BD 41**



**Divorce / Separation**

33%

**Child Custody**

33%

**Child Support**

34%

# Fees & Payments

Fees ☒ No information
Payment types No information

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

**BD 42**

**Diana Lynn Kiesel Inc PS**
21 years of law experience. I will work for you.
www.tacomalaw.com

**DUI Defense Attorneys**
Specializing in Washington State Call now for a free consultation
www.waduidefense.com    Ads by Google



Welcome! Sign in

New to Avvo? Register here

# Seattle, WA lawyer: Sherrie Bennett

This profile has been claimed. Contact us to report any ownership issues.



**Sherrie Bennett**

This profile has been claimed. Contact us to report any ownership issues.

Goldber

**BD 43**

- 
- 
- 
- 
- 

## License & Disciplinary Sanctions

26 years since Sherrie Bennett was first licensed to practice law in Washington.

| State | License status | Year acquired | Last updated by Avvo |
|---|---|---|---|
| Washington | Active | 1981 | 10/31/2006 |

⚠ This lawyer has been sanctioned by a state disciplinary authority.

| State | Sanction type | Year sanctioned | Last updated by Avvo |
|---|---|---|---|
| Washington | Suspension | 2000 | 10/31/2006 |
| Washington | Censure | 1998 | 10/31/2006 |

## Work Experience

**2004-Present**
Attorney at Goldberg & Jones

**1993-2000**
staff attorney at University of Washington Student Legal Services

**1983-1997**
Attorney at Solo Law Practice

**1981-1983**
Clerk at Washington State Supreme Court

## Education

### Seattle University School of Law

JD - Juris Doctor, Law, 1981

### University of Florida

BS - Bachelor of Science, Communications, 1976

**BD 44**

- 
- 
- 
- 
- 

# Awards

No information

# Associations

| Position | Association Name | Duration |
|---|---|---|
| Member | Washington State Bar Association Bench-Bar-Press Committee | 2001-2002 |
| Editor | Washington State Bar Association Bar News | 1997-2000 |
| Member | Washington State Bar Association Public Legal Education Technology Committee | Unknown |
| Member | Washington State Bar Association Pro Bono & Legal Aid Committee | Unknown |
| Member | Washington State Bar Association Access to Justice/GAAP Committee | Unknown |

# Publications

| Article | Publication |
|---|---|
| 400 articles on various legal topics | www.lawyers.com |
| Editor's Column | Washington State Bar Association Bar News Magazin |
| 100 articles on various legal topics | www.prairielaw.com |
| The Broadening of the Pentagon Papers Standard | University of Puget Sound Law Review |

# Speaking Engagements

No information

---

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers

**BD 45**

# Washington State Bar Association

Friday, July 27, 2007

Public | Member | Sponsor | Help

## Discipline Notice

| WSBA Bar # | 12159 | Member Name | Sherrie Bennett |
|---|---|---|---|
| Action | Suspension | Effective Date | 6/19/2000 |
| RPC | 5.5 - Unauthorized Practice of Law | | |
| Discipline Notice | Sherrie Bennett (WSBA No. 12159, admitted 1981), of Seattle, was suspended for 60 days following a stipulation approved by order of the Supreme Court dated June 13, 2000. The discipline is based upon her practicing law while her license to practice was suspended in 1995. The suspension became effective June 19, 2000. Ms. Bennett has since been reinstated. On June 2, 1995, the Supreme Court ordered Ms. Bennett's license to practice suspended for failure to pay WSBA dues. Ms. Bennett indicated that she did not receive the notice mailed to her by the court. On July 6, 1995, Ms. Bennett received a letter from disciplinary counsel advising her of her duties on the suspension of her license. Ms. Bennett represented a dissolution client, including signing pleadings, between June 2 and July 6, 1995. After July 6, Ms. Bennett communicated with her client and the opposing counsel's office regarding the pending dissolution. On July 21, 1995, Ms. Bennett delivered her dues payment to the WSBA office. She wrongly believed that delivering the payment would result in automatic reinstatement. She appeared in court representing her dissolution client on this same day. During the time she was suspended, Ms. Bennett was employed as a program director and staff attorney for Student Legal Services at the University of Washington. One of her duties was to assist Rule 9 interns in providing legal assistance to clients. During Ms. Bennett's suspension, at least two interns worked in the office and served clients. Ms. Bennett did not notify her dissolution client or the University of Washington of her suspension. Ms. Bennett's license to practice law was reinstated on August 4, 2000. The stipulated sanction in this case included several mitigating factors. By continuing to practice law after receiving notice that her license to practice had been suspended, Ms. Bennett's conduct violated RPC 5.5. Joy McLean represented the Bar Association. Kurt Bulmer represented Ms. Bennett. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.

# Washington State Bar Association

Friday, July 27, 2007

Public | Member | Sponsor | Help

ERROR: UNKNOWN DOCUMENT PROPERTY NAME.

**BD 46**

## Discipline Notice

| WSBA Bar # | 12159 | Member Name | Sherrie Bennett |
|---|---|---|---|
| Action | Censure | Effective Date | 5/1/1998 |
| RPC | 3.3 - Candor Toward the Tribunal<br>8.4 (c) - Dishonesty, Fraud, Deceit or Misrepresentation<br>8.4 (d) - Conduct Prejudicial to the Administration of Justice | | |
| Discipline Notice | Sherrie Bennett (WSBA No. 12159, admitted 1981), of Seattle, has been ordered censured pursuant to a stipulation for discipline, approved May 1998 by the Disciplinary Board. The discipline is based upon a misrepresentation to the court in violation of RPC 3.3(a)(1,) which prohibits false statements of material fact or law to a tribunal, and RPC 8.4(c) & (d) which provide it is misconduct to engage in conduct that involves dishonesty, fraud, deceit or misrepresentation or that is prejudicial to the administration of justice.<br>Bennett changed an agreed child-support order after it had been signed by the opposing party and the opposing lawyer. The changes increased the amount of support the opposing party would pay. Bennett placed her initials and the initials of the opposing lawyer next to the changes.<br>Bennett maintains that she had telephoned the opposing lawyer and left a message that she would make these changes and would enter the order a week later if she did not hear from the lawyer. The opposing lawyer denies receiving such a message. Bennett also maintains that she tried to reach the opposing lawyer from the courthouse before entering the order and was told the lawyer was in but unavailable to speak on the phone. Bennett did not attempt to send a revised order to the opposing lawyer for review and approval.<br>Bennett presented the order, as an agreed order, to the court ex parte. The Court entered the order. The Court later set aside the order, finding "changes to the order and fixing initials for another attorney with no 'in fact' agreement or permission was inappropriate," and imposed sanctions of $600 against Bennett. Bennett will also pay costs to the Bar Association of $750. Respondent represented herself. Joy McLean represented the Bar Association. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.

Public    Member    Sponsor    Help

ERROR: UNKNOWN DOCUMENT PROPERTY NAME.

BD 47