# EXHIBIT 10

**BD 48**

Dockets.Justia.com

ind every licensed lawyer in Washington - Avvo.com

)UI/DWI Lawyer List
ind A Top Lawyer To Help Protect Your
lights. Get Info You Need Now!

Santa Ana Attorneys
Contact Our Law Firm Today for a Free Initial
Legal Consultation.

Ads by Google

Page 1 of 3





Welcome, Candace!

My account    Sign out



# We've found 2 lawyers based on your request



Learn more

Filter by
Practice Area

Filter by
Avvo Rating

Filter by
Disciplinary Sanctions

Filter by
Location

Go back to when you first started on this page

Start new search



Use Avvo To
**Choose The
Right Lawyer**

BD 49

nd every licensed lawyer in Washington - Avvo.com

ds by Google

lon A. Schiffrin, P.C.
Trademark and IP attorney
Prosecution, litigation,
counseling
schiffrinlaw.com

Have you been injured?
Noonan, Perillo &
Polenzani Serving the
State of Illinois
www.npplaw.com

Illinois Attorneys at Law
Experienced & Aggressive
Law Firm We Can Help
You Seek Justice!
SpirosWall.com

Arizona Disability
Lawyer
Social Security Disability
Benefits Free Disability
Case Review!
www.ssadisability.net

San Antonio Lawyer
Committed To Finding
Justice For You And Your
Loved Ones. Call Now.
www.DavidMcQuadeLeebowitz.con

## You have filtered lawyers by: ▣

Location
Washington Remove ▶ 98370 & vicinity Remove
Other
Last name: Ladley Remove ▶ First name: Candace Remove

Sort by [Lawyer last name ascending ▼] Showing 1-2 of 2

| Lawyer | Practice Area ▣ | Avvo Rating ▣ | Client Rating ▣ | Dist ☐ |
|--------|------------------|----------------|------------------|--------|
|        | 20%              | 6.4/10<br>Good |                  | 0.4 mi |

Candace Kay Ladley Estate Planning
Poulsbo, WA 98370

**BD 50**

②

ind every licensed lawyer in Washington - Avvo.com

20%          6.7/10          0.4 mi
             Good

Candace Kay Ladley Estate Planning
Poulsbo, WA 98370

Lawyers per page [10 ▼] Showing **1-2 of 2**

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 51**

④

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 1 of 4

**ind Lawyers in Your Area**
earch for Legal Specialists in Your Area.
ree & Confidential.

**DUI/DWI Lawyer List**
Find A Top Lawyer To Help Protect Your
Rights. Get Info You Need Now!

Ads by Google





Welcome, Candace!

My account    Sign out

# Washington lawyer: Candace Kay Ladley

This is your profile.

**Candace Kay Ladley**

This is your profile.

**Law Offices of Canda**

Post O
Pouls

S
[
E

cl

**BD 52**

⑤

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 2 of 4

http://ww

Edit contac

Share thi

See larger map and get driv

Return to search results

Start new search

View your profile

Edit your profile

Ads by Google

**Destin Bankruptcy Info**
Eliminate bills! Free online
review by attorney. Get out
of debt today.
www.LegalHelpers.com

**Hartford Bankruptcy Law**
Bankrupty Law, Criminal,
Business Law & Much
More. Contact Us Today!
www.dctlaw.com

**Divorce, Family Lawyer**
Divorce & Family Law
Services. Get First Class
Representation- Call us
www.MellinRobinson.com/LawServ

**New Orleans Injury Law**
Product Liability, Casualty
and Criminal Law. Contact
Us Today!
HealyivLaw.com

**Newark Lawyers**
Call Our Attorneys for
Affordable Solutions to
Your Legal Problems!
www.JoelBacher.com

**BD 53**



andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...   Page 3 of 4

Report incorrect data

- 
- 
- 
- 
- 

Map data ©2007 TeleAtl

# Awards (Done editing)

| Award Name | Granting Organization | Date |
|---|---|---|
| First Place Halter Show | Alpacapalooza Alpaca Show | 2006 Edit \| Delete |
| The Best Attorney | The Burbank Leader Newspaper | 2001 Edit \| Delete |

 Add an award   Done editing

# Associations (Edit this section)

| Position | Association Name | Duration |
|---|---|---|
| Director | Los Angeles County Bar Association | Unknown |

# Publications (Edit this section)

No information

# Speaking Engagements (Edit this section)

No information

- Home
- For lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

BD 54

7

http://www.avvo.com/attorneys/98370-wa-candace-ladley-271635.html                6/20/200

Candace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...   Page 4 of 4

© 2007 Avvo, Inc. All Rights Reserved.



**BD 55**

ind every licensed lawyer in Washington - Avvo.com

JN Immigration Law Firm
erving the Legal Needs of Non-
itizens,Their Families & Employers

DUI/DWI Lawyer List
Find A Top Lawyer To Help You In This
Critical Time. Get Info Now!

Ads by Google

(#3)



Welcome, Candace!

My account    Sign out

# We've found 2 lawyers based on your request



Learn more

Filter by
Practice Area

Filter by
Avvo Rating

Filter by
Disciplinary Sanctions

Filter by
Location

Go back to when you first started on this page

Start new search



Use Avvo To
**Choose The
Right Lawyer**

**BD 56**

(9)

Case 2:07-cv-00920-RSL    Document 13-11    Filed 07/30/2007    Page 10 of 31

ind every licensed lawyer in Washington - Avvo.com

Ads by Google

**Divorce, Family Lawyer**
Divorce & Family Law
Services. Get First Class
Representation- Call us
www.MellinRobinson.com/LawServ

**Have you been injured?**
Noonan, Perillo &
Polenzani Serving the
State of Illinois
www.npplaw.com

**Jon A. Schiffrin, P.C.**
Trademark and IP attorney
Prosecution, litigation,
counseling
schiffrinlaw.com

**Illinois Attorneys at Law**
Experienced & Aggressive
Law Firm We Can Help
You Seek Justice!
SpirosWall.com

**Arizona Disability**
**Lawyer**
Social Security Disability
Benefits Free Disability
Case Review!
www.ssadisability.net

## You have filtered lawyers by: ⊞

Location
Washington [Remove] ▶ 98370 & vicinity [Remove]
Other
Last name: Ladley [Remove] ▶ First name: Candace [Remove]

Sort by [Lawyer last name ascending ▼] Showing 1-2 of 2

| Lawyer | Practice Area ⊞ | Avvo Rating ⊞ | Client Rating ⊞ | Dist ☐ |
|---|---|---|---|---|
| | 20% | 6.4/10 Good | | 0.4 mi |
| Candace Kay Ladley Poulsbo, WA 98370 | Estate Planning | | | |

**BD 57**

⑩

Jun 20 07 03:38p    Candace K Ladley818 841-2    818 841 2288    p.12

ind every licensed lawyer in Washington - Avvo.com

20%          7.0/10          0.4 mi
             Very Good

Candace Kay Ladley **Estate Planning**
Poulsbo, WA 98370

Lawyers per page 10 ▾ Showing **1-2 of 2**

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 58**

11

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 1 of 4

**ggressive Divorce Lawyer**
ell known in Suffolk & Nassau Rates $195/
. 631-424-3597

**DUI/DWI Lawyer List**
Find A Top Lawyer To Help You In This
Critical Time. Get Info Now!

Ads by Google



(#4)

Welcome, Candace!

My account   Sign out

# Washington lawyer: Candace Kay Ladley

This is your profile.

**Candace Kay Ladley**

This is your profile

Law Offices of Candac

Post Of
Poulsb

S

E

E-

cla

**BD 59**



ndace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...   Page 2 of 4

http://ww

Edit conta

Share thi

See larger map and get driv

Return to search results

Start new search

View your profile

Edit your profile

Ads by Google

**DUI/DWI Lawyer List**
Find A Top Lawyer To
Help You In This Critical
Time. Get Info Now!
www.shop.com/DUI_Lawyer

**MN Immigration Law**
Firm
Serving the Legal Needs of
Non- Citizens,Their
Families & Employers
www.YorkImmigrationLaw.com

**Do I Need An Attorney**
Injured in an accident,
involved in civil ligitation -
call us for help
rdavis.localplacement.com

**Traffic Law -Kansas City**
Local firm--DUI/Speed/Etc.
MO & KS "Best in the Bar"-
KC Bus Journal
www.TheTrafficLawyers.com

**Lawyer**
Search From A
Comprehensive List Of
The Nations Top Lawyer.
www.FindLawyer.com

(13)

**BD 60**

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 3 of 4

eport incorrect data

- 
- 
- 
- 

Map data ©2007 TeleAtl

# Awards (Done editing)

| Award Name | Granting Organization | Date | |
|---|---|---|---|
| First Place Halter Show | Alpacapalooza Alpaca Show | 2006 | Edit | Delete |
| First Place Halter Show | Heart of the Valley Alpaca Show | 2005 | Edit | Delete |
| The Best Attorney | The Burbank Leader Newspaper | 2001 | Edit | Delete |

[ ] Add an award    [ ] Done editing

# Associations (Edit this section)

| Position | Association Name | Duration |
|---|---|---|
| Director | Los Angeles County Bar Association | Unknown |

# Publications (Edit this section)

No information

# Speaking Engagements (Edit this section)

No information

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

(14)    **BD 61**

http://www.avvo.com/attorneys/98370-wa-candace-ladley-271635.html    6/20/200'

Jun 20 07 03:39p    Candace K Ladley818 841-2   818 841 2288           p.16

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...   Page 4 of 4

2007 Avvo, Inc. All Rights Reserved.

**BD 62**

ind every licensed lawyer in Washington - Avvo.com

**UI/DWI Lawyer List**
nd A Top Lawyer To Help You In This
ritical Time. Get Info Now!

**Santa Ana Attorneys**
Contact Our Law Firm Today for a Free Initial
Legal Consultation.

Ads by Google

#5



**AVVO**
Ratings. Guidance. The Right Lawyer.

Welcome, Candace!

My account    Sign out

# We've found 2 lawyers based on your request

**Filter Your Search**    Learn more

Filter by
Practice Area

Filter by
Avvo Rating

Filter by
Disciplinary Sanctions

Filter by
Location

Go back to when you first started on this page

Start new search



Use Avvo To
**Choose The
Right Lawyer**

**BD 63**

ind every licensed lawyer in Washington - Avvo.com

Ads by Google

**Injury & Family
Attorneys**
Attorneys Specializing in
Personal Injury, Family &
Divorce Law. Call!
www.DivorceOhio.net

**Criminal Defence Lawyer**
Find The Top Sites For
Defence Lawyer Here
Criminal-Defense-Attorneys.biz

**Do I Need An Attorney**
Injured in an accident,
involved in civil ligitation -
call us for help
rdavis.localplacement.com

**DUI/DWI Lawyer List**
Find A Top Lawyer To
Help You In This Critical
Time. Get Info Now!
www.shop.com/DUI_Lawyer

**Illinois Attorneys at Law**
Experienced & Aggressive
Law Firm We Can Help
You Seek Justice!
SpirosWall.com

## You have filtered lawyers by: ▣

Location
Washington [Remove] ▸ 98370 & vicinity [Remove]
Other
Last name: Ladley [Remove] ▸ First name: Candace [Remove]

Sort by [Lawyer last name ascending ▼] Showing **1-2 of 2**

| Lawyer | Practice Area ▣ | Avvo Rating ▣ | Client Rating ▣ | Dist ☐ |
|---|---|---|---|---|
| Candace Kay Ladley Poulsbo, WA 98370 | Estate Planning | 20% **6.4/10** Good | | 0.4 mi |

**BD 64**

⑰

nd every licensed lawyer in Washington - Avvo.com

20%

Candace Kay Ladley Estate Planning
Poulsbo, WA 98370

7.2/10
Very Good

0.4 mi

Lawyers per page 10 ▾  Showing 1-2 of 2

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

BD 65

ndace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 1 of 3

**gressive Divorce Lawyer**
ell known In Suffolk & Nassau Rates $195/
. 631-424-3597

**DUI/DWI Lawyer List**
Find A Top Lawyer To Help You In This
Critical Time. Get Info Now!

Ads by Google



#6

Welcome, Candace!

My account   Sign out

# Washington lawyer: Candace Kay Ladley

This is your profile.

**Candace Kay Ladley**

This is your profile.

**Law Offices of Candac**

Post Of
Poulsb

Se

Ea

**E-m**

clac

**BD 66**

http://www.avvo.com/attorneys/98370-wa-candace-ladley-271635.html    6/20/2007

ndace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 2 of 3

http://ww

Edit contac

Share thi

See larger map and get driv

Return to search results

Start new search

View your profile

Edit your profile

Ads by Google

**DUI/DWI Lawyer List**
Find A Top Lawyer To
Help You In This Critical
Time. Get Info Now!
www.shop.com/DUI_Lawyer

**MN Immigration Law
Firm**
Serving the Legal Needs of
Non- Citizens,Their
Families & Employers
www.YorkImmigrationLaw.com

**Do I Need An Attorney**
Injured in an accident,
involved in civil ligitation-
call us for help
rdavis.localplacement.com

**Traffic Law -Kansas City**
Local firm--DUI/Speed/Etc.
MO & KS "Best in the Bar"-
KC Bus Journal
www.TheTrafficLawyers.com

**Lawyer**
Search From A
Comprehensive List Of
The Nations Top Lawyer.
www.FindLawyer.com

**BD 67**

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...  Page 3 of 3

eport incorrect data

- •
- •
- •
- •
- •

Map data ©2007 TeleAtl

# Awards (Edit this section)

| Award Name | Granting Organization | Date |
|---|---|---|
| First Place Halter Show | Alpacapalooza Alpaca Show | 2006 |
| First Place Halter Show | Heart of the Valley Alpaca Show | 2005 |
| Third Place Halter Show | Alpacapalooza Alpaca Show | 2005 |
| The Best Attorney | The Burbank Leader Newspaper | 2001 |

# Associations (Edit this section)

| Position | Association Name | Duration |
|---|---|---|
| Director | Los Angeles County Bar Association | Unknown |

# Publications (Edit this section)

No information

# Speaking Engagements (Edit this section)

No information

- • Home
- • For Lawyers
- • Press
- • Jobs
- • Support
- • Privacy
- • Terms of Use
- • About Us
- • Avvo Blog

- • Browse by Location
- • Browse by Practice Area
- • New York lawyers
- • Chicago lawyers
- • Los Angeles lawyers
- • Houston lawyers
- • Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

(H)

**BD 68**

nd every licensed lawyer in Washington - Avvo.com

**UI/DWI Lawyer List**
nd A Top Lawyer To Help Protect Your
ghts. Get Info You Need Now!

**Illinois Attorneys at Law**
Experienced & Aggressive Law Firm We Can
Help You Seek Justice!

Ads by Google





Welcome, Candace!

My account    Sign out

# We've found 2 lawyers based on your request

**Filter Your Search**    Learn more

Filter by
**Practice Area**

Filter by
**Avvo Rating**

Filter by
**Disciplinary Sanctions**

Filter by
**Location**

Go back to when you first started on this page

Start new search



Use Avvo To
**Choose The
Right Lawyer**

**BD 69**

Case 2:07-cv-00920-RSL    Document 13-11    Filed 07/30/2007    Page 23 of 31
Jun 20 07  03:42p    Candace K Ladley818 841-2   818 841 2288    p.24

Page 2 of 3

ind every licensed lawyer in Washington - Avvo.com

Ads by Google

Jon A. Schiffrin, P.C.
Trademark and IP attorney
Prosecution, litigation,
counseling
schiffrinlaw.com

Have you been Injured?
Noonan, Perillo &
Polenzani Serving the
State of Illinois
www.npplaw.com

Illinois Attorneys at Law
Experienced & Aggressive
Law Firm We Can Help
You Seek Justice!
SpirosWall.com

Arizona Disability
Lawyer
Social Security Disability
Benefits Free Disability
Case Review!
www.ssadisability.net

Take Legal Action
Criminal Litigators,
Hanrahan Trapp Serving
the Jefferson City, MO
Area
www.hanrahantrapp.com

# You have filtered lawyers by: ▦

Location
Washington [Remove] ▸ 98370 & vicinity [Remove]
Other
Last name: Ladley [Remove] ▸ First name: Candace [Remove]

Sort by [Lawyer last name ascending ▾]  Showing 1-2 of 2

| Lawyer | Practice Area ▦ | Avvo Rating ▦ | Client Rating ▦ | Dist ☐ |
|---|---|---|---|---|
| | 20% | 6.4/10  Good | | 0.4 mi |
| Candace Kay Ladley  Poulsbo, WA 98370 | Estate Planning | | | |

BD 70

(23)

ind every licensed lawyer in Washington - Avvo.com

20%    7.4/10    0.4 mi

Candace Kay Ladley Estate Planning
Poulsbo, WA 98370

Very Good

Lawyers per page [10 ▾] Showing **1-2 of 2**

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 71**

http://www.avvo.com/all-law/wa.html?y=22&sort_by=lastname_asc&tab_state=2&claim=false&new_sea...  6/20/2007

...cal Attorney Ratings
...dependent ratings and reviews for lawyers
...your community.

**Aggressive Divorce Lawyer**
Well known in Suffolk & Nassau Rates $195/
hr. 631-424-3597

Ads by Google





Welcome, Candace!

My account    Sign out

# Washington lawyer: Candace Kay Ladley

This is your profile.

**Candace Kay Ladley**

This is your profile

**Law Offices of Candac...**

Post Of...
Poulsk...

S...

E...

E-...

cla...

    **BD 72**

Candace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 2 of 4

http://ww

Edit conta

Share thi

See larger map and get driv

Return to search results

Start new search

View your profile

Edit your profile

Ads by Google

Find Lawyers in Your
Area
We Match You to a Lawyer
Free. Secure and
Confidential.
www.LegalMatch.com

Las Vegas Divorce
Lawyer
Divorce, Custody, Support,
Property Family Law
Attorney 702-565-4335
www.mcfarlinglaw.com

General Legal Counsel
John Skiba - Arizona
Attorney Civil &
Commercial Litigation
www.SkibaLaw.com

Sex Abuse Attorneys
Attorney Jeff Herman
represents victims of Sex
Abuse nationwide.
www.SexAbuseAttorneys.com

Las Vegas Attorneys
We Specialize in
Bankruptcy Law Trusted
Friends Who Know the
Law
www.VegasAccidentLawyers.com

**BD 73**

andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 3 of 4

Report incorrect data

- 
- 
- 
- 
- 

Map data ©2007 TeleAtl

# Awards (Edit this section)

| Award Name | Granting Organization | Date |
|---|---|---|
| First Place Halter Show | Alpacapalooza Alpaca Show | 2006 |
| First Place Halter Show | Heart of the Valley Alpaca Show | 2005 |
| Third Place Halter Show | Alpacapalooza Alpaca Show | 2005 |
| Second Place Halter Show | Alpacapalooza Alpaca Show | 2004 |
| The Best Attorney | The Burbank Leader Newspaper | 2001 |

# Associations (Edit this section)

| Position | Association Name | Duration |
|---|---|---|
| Director | Los Angeles County Bar Association | Unknown |

# Publications (Edit this section)

No information

# Speaking Engagements (Edit this section)

No information

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

(27)    **BD 74**

Jun 20 07 03:43p    Candace K Ladley818 841-2   818 841 2288        p.29

'andace Kay Ladley - detailed lawyer profile and ratings with client reviews, bar disciplinary sanctions, ...    Page 4 of 4

) 2007 Avvo, Inc. All Rights Reserved.

ind every licensed lawyer in Washington - Avvo.com

**UI/DWI Lawyer List**
ind A Top Lawyer To Help Protect Your
ights. Get Info You Need Now!

**Santa Ana Attorneys**
Contact Our Law Firm Today for a Free Initial
Legal Consultation.

Ads by Google



atings. Guidance. The Right Lawyer.



#9

Welcome, Candace!

My account   Sign out

# We've found 2 lawyers based on your request

**Filter Your Search**    Learn more

Filter by
Practice Area

Filter by
Avvo Rating

Filter by
Disciplinary Sanctions

Filter by
Location

Go back to when you first started on this page

Start new search



Use Avvo To
**Choose The
Right Lawyer**

**BD 76**

ind every licensed lawyer in Washington - Avvo.com                    Page 2 of 3

Ads by Google

St. Louis Lawyer
Get a Tough Lawyer to
Protect Your Rights. Call
Our Law Firm Now.
www.wunderlichlaw.net

njury & Family
Attorneys
Attorneys Specializing in
Personal Injury, Family &
Divorce Law. Call!
www.DivorceOhio.net

Criminal Defence Lawyer
Find The Top Sites For
Defence Lawyer Here
Criminal-Defense-Attorneys.biz

Do I Need An Attorney
Injured in an accident,
nvolved in civil ligitation -
call us for help
davis.localplacement.com

DUI/DWI Lawyer List
Find A Top Lawyer To
Help You In This Critical
Time. Get Info Now!
www.shop.com/DUI_Lawyer

# You have filtered lawyers by:

Location
Washington [Remove] ▸ 98370 & vicinity [Remove]
Other

Last name: Ladley [Remove] ▸ First name: Candace [Remove]

Sort by [Lawyer last name ascending ▾]   Showing **1-2 of 2**

| Lawyer | Practice Area | Avvo Rating | Client Rating | Dist |
|---|---|---|---|---|
| Candace Kay Ladley<br>Poulsbo, WA 98370 | Estate Planning | 20%<br>**6.4/10**<br>Good | | 0.4 mi |

**BD 77**

30

Find every licensed lawyer in Washington - Avvo.com

20%

Candace Kay Ladley Estate Planning
Poulsbo, WA 98370

**7.5/10**
Very Good

0.4 mi

Lawyers per page 10 ▾  Showing **1-2 of 2**

- Home
- For Lawyers
- Press
- Jobs
- Support
- Privacy
- Terms of Use
- About Us
- Avvo Blog

- Browse by Location
- Browse by Practice Area
- New York lawyers
- Chicago lawyers
- Los Angeles lawyers
- Houston lawyers
- Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved.

**BD 78**