The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HENRY BROWNE and ALAN J. WENOKUR, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVVO, INC., MARK BRITTON, and JOHN DOES 1-25,<br><br>Defendants. | No. CV7 920 RSL<br><br>SUPPLEMENTAL DECLARATION OF KAREN SHAAK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT<br><br>**Note on Motion Calendar:**<br>**August 10, 2007** |

Karen Shaak declares as follows:

1. ***Identity of Declarant.*** I am Program Manager for Avvo, Inc., in Seattle, Washington. I have held this position since September 11, 2006. In this position, I am responsible for various aspects of software development, testing, and design, including coordination of the development process with members of Avvo's business and development teams. As part of my job responsibilities, I have access to the servers upon which Avvo stores its databases, including the systems and tools to access data. I make this declaration based upon my personal knowledge acquired in this position.

2. ***Pages Available On Date of Complaint.*** I have read Plaintiff's Complaint, which refers to a variety of pages on Avvo's website prior to changes made to the site on June 26, 2007. Archived screenshots of pages from Avvo's previous site, however, presently

SUPPLEMENTAL DECLARATION OF KAREN SHAAK (CV7 920 RSL) — 1

SEA 2062512v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  reside on Avvo's servers and are attached as Exhibit A.  If a reader had visited Avvo's
2  website on June 14, 2007, the day the Complaint was filed, these pages would have been
3  available to them.
4       I declare under penalty of perjury that the foregoing is true and correct.
5       Executed on August 7, 2007, in Seattle, Washington.

*Karen Shaak* (signature)
Karen Shaak

SUPPLEMENTAL DECLARATION OF KAREN SHAAK (CV7
920 RSL) — 2

SEA 2062512v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve W. Berman – steve@hbsslaw.com

Jeniphr A.E. Breckenridge – jeniphr@hbsslaw.com

Robert Gaudet, Jr. – robertg@hbsslaw.com

                Davis Wright Tremaine LLP
                Attorneys for Defendants Avvo, Inc. and
                Mark Britton

                By  <u>s/Bruce E.H. Johnson</u>
                     Bruce E. H. Johnson, WSBA # 7667
                     Stephen M. Rummage, WSBA # 11168
                     Ambika K. Doran, WSBA # 38237
                     1201 Third Avenue, Suite 2200
                     Seattle, Washington 98101-3045
                     Telephone: (206) 757-8069
                     Fax: (206) 757-7069
                     E-mail: brucejohnson@dwt.com,
                     steverummage@dwt.com,
                     ambikadoran@dwt.com

SUPPLEMENTAL DECLARATION OF KAREN SHAAK (CV7 920 RSL) — 3

SEA 2062512v1 0084269-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700