# Exhibit A

Dockets.Justia.com

Avvo Beta
Ratings. Guidance. The Right Lawyer.

Lawyer Search | How It Works | For Lawyers | Support

Welcome, **karen**!
My account Sign out

Before you can endorse this lawyer, please find and claim your profile.

## Find & claim your profile

First name

Last name

City, state or zip code

Search

When you claim your free online profile you can:

- Set yourself apart from other attorneys and attract new clients
- Update your profile with as much information as you want, as often as you want
- Request peer endorsements and client ratings

Home For Lawyers Press Jobs Support Privacy Terms of Use About Us Avvo Blog

Browse by Location Browse by Practice Area New York lawyers Chicago lawyers Los Angeles lawyers Houston lawyers Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved



Avvo
Beta

Ratings. Guidance. The Right Lawyer.

Live Interactive CLE
18 Different 2-hr Seminars Monthly 30 Different Online Seminars 24/7

InHR Job Search
Comprehensive Guide to HR Jobs near you. Search & apply online today.

Ads by Google

Lawyer Search | How It Works | For Lawyers | Support

Welcome! Sign in
New to Avvo? Register here

## Washington lawyer: John Henry Browne

Is this you? Click here to update your profile for free. Why?

Overview | Experience | Recognition | Client Ratings | Peer Endorsements

Avvo Rating
5.5
Average
Experience
Industry Recognition
Professional Conduct
This Avvo Rating is based on public records and data from other sources. There may be other relevant data that this rating does not consider.

Find out more about the Avvo Rating

**Average Client Rating**

★★★½

Based on 6 ratings
See all client ratings
Former clients: Rate this lawyer

**Endorsed by**

**1 lawyer**

See all endorsements
Lawyers: Endorse this attorney.

Return to search results
Start new search

Use Avvo To Choose The Right Lawyer
Find out how

**John Henry Browne**
Is this you? Update your profile for free. Why?

**Law Offices of John Henry Browne, P.S.**
821 2nd Avenue Suite 2100
Seattle, WA 98104

Lawyer's website
Share this profile

See larger map and get driving directions

### License & Disciplinary Sanctions

35 years since John Henry Browne was first licensed to practice law in WA. See details.

⚠ This lawyer has been sanctioned by a state disciplinary authority. See details.

### Legal Practice Areas

**John Henry Browne's current areas of practice:**

20%
20%
20%
20%
20%

**Criminal Defense** 20%
**Violent Crime** 20%
**Federal Crime** 20%
**Sexual Assault** 20%
**Drugs** 20%

### Fees & Payments

**Fees** No information

**Payment types** No information

Ads by Google

Need an Oregon Attorney?
Get legal help with Oregon laws. Legal representation at fair rates.
www.jfolaw.com

Find A lawyer Free
Free Criminal Defense Case Evaluation online. Fast!
www.Criminal-Defense.us

DUI/DWI Lawyer List
Find A Top Lawyer To Help You In This Critical Time. Get Info Now!
www.shop.com/DUI_Lawyer

Head Injury Attorneys
D'Amore & Associates (800) 905-4676 Call today for a free consultation.
www.damorelaw.com

Seattle Attorneys
Find Seattle Area Attorneys & Legal Consultation w/SuperPages
www.SuperPages.com

Report incorrect data

Home | For Lawyers | Press | Jobs | Support | Privacy | Terms of Use | About Us | Avvo Blog

Browse by Location | Browse by Practice Area | New York lawyers | Chicago lawyers | Los Angeles lawyers | Houston lawyers | Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved



Avvo Beta
Ratings. Guidance. The Right Lawyer.

Seattle Attorneys
Find Seattle Area Attorneys & Legal Consultation w/SuperPages

Spinal Injury Lawyer
Scarlett Law Group National Trial Lawyers
www.scarlettlawgroup.com

Ads by Google

Lawyer Search

How It Works | For Lawyers | Support

Welcome! Sign in
New to Avvo? Register here

## Alan Jay Wenokur

Is this you? Click here to update your profile for free. Why?

Overview | Experience | Recognition | Client Ratings | Peer Endorsements

Avvo Rating

6.5
Good

Experience ● ● ●

Professional Conduct ● ● ● ● ●

This Avvo Rating is based solely on public records. There may be other relevant data that this rating does not consider.

Find out more about the Avvo Rating

**Average Client Rating**

★

Based on 1 ratings
See all client ratings
Former clients: Rate this lawyer

**Peer Endorsements**

Lawyers: Endorse this attorney

Return to search results
Start new search

Use Avvo To **Choose The Right Lawyer**
Find out how

**Alan Jay Wenokur**
Is this you? Update your profile for free. Why?

600 Stewart St Ste 620
Seattle, WA 98101

E-mail this lawyer
Share this profile

See larger map and get driving directions

### License & Disciplinary Sanctions

24 years since Alan Jay Wenokur was first licensed to practice law in WA See details

We have not found any disciplinary sanctions for this lawyer.

### Legal Practice Areas

Alan Jay Wenokur's current areas of practice:
Unknown
100%
100%

### Fees & Payments

**Fees** No information

**Payment types** No information

Ads by Google

Criminal Defense Attorney
DUI, Drug Charge, Domestic Violence Call Now To Protect Your Reputation
www.JohnSegelbaum.com

Seattle Attorneys
Find Seattle Area Attorneys & Legal Consultation w/SuperPages
www.SuperPages.com

DUI/DWI Lawyer List
Find A Top Lawyer To Help Protect Your Rights. Get Info You Need Now!
www.shop.com/DUI_Lawyer

Law Professional
Personable & Affordable. I want to make your life better.
TheSongLaw.com

Free Easy Lawyer Finder
Present Your Case - Free We Find You the Right Lawyer
www.lawyerslegallaws.com

Report incorrect data

Home | For Lawyers | Press | Jobs | Support | Privacy | Terms of Use | About Us | Avvo Blog

Browse by Location | Browse by Practice Area | New York lawyers | Chicago lawyers | Los Angeles lawyers | Houston lawyers | Dallas lawyers



Avvo
Beta
Ratings. Guidance. The Right Lawyer.

**Lawyer Search** **How It Works** **For Lawyers** **Support**

Welcome, **karen!**
My account Sign out

## Verify your profile: Jacklynn A Zorich

**Claiming your profile lets you:**

Update your profile for free

Request peer endorsements and client ratings

Make it easier for clients to find you on the web

**Verification**

Claiming your profile on Avvo is free. Your credit card won't be charged – not now, not in the future, not ever. We collect and use your credit card number solely as part of our verification process. Read our Privacy Policy.

First name Last name

Card type

Card number

Expiration month Expiration year

☐ I confirm that I am Jacklynn A Zorich and I accept Avvo's terms of use.

Continue Cancel

**Avvo Rating Note**

Please note that when you claim your Avvo Profile, we will automatically calculate a numerical Avvo Rating, which will appear on your profile page and in search results. You can view your calculated Avvo Rating as you update your profile, and your Avvo Rating may change as you add new data. A profile may not be unclaimed once it is claimed. Read more about the Avvo Rating.

ABOUT SSL CERTIFICATES

***Why are we asking for your credit card?***

*It's important to Avvo that only you can edit your Avvo profile – and we're pretty sure you feel the same way. We run a check on your credit card in an attempt to prevent someone else from fraudulently claiming your profile. Your credit card will not be charged and Avvo does not receive any payment. Read our Privacy Policy.*

*Lawyers, if you have any questions about this page, please contact us.*

Home For Lawyers Press Jobs Support Privacy Terms of Use About Us Avvo Blog

Browse by Location Browse by Practice Area New York lawyers Chicago lawyers Los Angeles lawyers Houston lawyers Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved



5

Avvo
Beta
Ratings. Guidance. The Right Lawyer.

Lawyer Search | How It Works | For Lawyers | Support

Welcome, **karen!**
My profile My account Sign out

## Thanks for claiming your lawyer profile

### Update your profile

Your Avvo Rating will be updated automatically, and you can update your profile as often as you like. You can also request client reviews, as well as request and provide peer endorsements.

Return to my profile page

### Licensed in other states?

If you are licensed in other states, you may have multiple profiles on Avvo.com. Consolidating your profiles will enable you to update information in one place and may also have a positive impact on your Avvo Rating - the more we know about you, the better we can determine your Avvo Rating. Find out more about merging your profiles.

Let's find my other profiles

Home For Lawyers Press Jobs Support Privacy Terms of Use About Us Avvo Blog

Browse by Location Browse by Practice Area New York lawyers Chicago lawyers Los Angeles lawyers Houston lawyers Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved



Avvo
Beta

Ratings. Guidance. The Right Lawyer.

Do You Owe IRS Back Taxes
Don't Live In Fear Of The IRS. Get Help Settling Your Back Taxes Today
RoniDeutch.com/Tax-Relief
Ads by Google

Lawyer Search | How It Works | For Lawyers | Support

Welcome! Sign in
New to Avvo? Register here

## Real Estate lawyer: Ellen Conedera Dial

Is this you? Click here to update your profile for free. Why?

Overview | Experience | Recognition | Client Ratings | Peer Endorsements

**Avvo Rating** 10.0 Superb

| | |
|---|---|
| Experience | ● ● ● ● ● |
| Industry Recognition | ● ● ● ● ● |
| Professional Conduct | ● ● ● ● ● |

This Avvo Rating is based on public records and data from the lawyer's website. The information used to calculate this Avvo Rating is displayed in the attorney's profile. However, there is likely other relevant data that this rating does not consider.
Find out more about the Avvo Rating

**Client Ratings**
Are you a former client?
Be the first to rate this lawyer

**Peer Endorsements**
Lawyers: Endorse this attorney.

Return to search results
Start new search

Use Avvo To
Choose The
Right Lawyer
Find out how

**Ellen Conedera Dial**
Is this you? Update your profile for free. Why?

1201 3rd Ave Ste 4800
Seattle, WA 98101

E-mail this lawyer
Lawyer's website
Share this profile

See larger map and get driving directions

### License & Disciplinary Sanctions

**28** years since Ellen Conedera Dial was first licensed to practice law in WA. See details.

We have not found any disciplinary sanctions for this lawyer.

### Legal Practice Areas

**Ellen Conedera Dial's current areas of practice:**

100%

**Real Estate**
100%

### Fees & Payments

**Fees** No information

**Payment types** No information

Ads by Google

Local Bankruptcy Attorney
Wipe Out Your Debt Today! Call Now & End Creditor Phone Calls
www.TotalBankruptcy.com

DUI Defense Attorneys
Specializing in Washington State Call now for a free consultation
www.waduidefense.com

Lawyers That Do Care
Family Law Legal Services Divorce, Adoption & Estate Planning
FamilyLawAttorneysWashington.c

State Bar Certified
Attorney Referral Service help you find qualified lawyers in your area
www.Law4USA.org

AXIOS Law Group
Inspired by you - Protected by us! Your Seattle IP and tech attorneys
www.AXIOSLaw.com

Report incorrect data

© 2007 Avvo, Inc. All Rights Reserved



**Tax Relief Attorneys** - Our Attorneys Will Fight The IRS To Get You The Tax Relief You Deserve RoniDeutch.com/Tax-Relief

Ads by Google

Lawyer Search | How It Works | For Lawyers | Support

Welcome! Sign in
New to Avvo? Register here

## Anthony R Miles

Is this you? Click here to update your profile for free. Why?

Overview | Experience | Recognition | Client Ratings | Peer Endorsements

**Avvo Rating** 9.1 Superb

Experience ●●●●
Industry Recognition ●●●●
Professional Conduct ●●●●●

This Avvo Rating is based on public records and data from the lawyer's website. The information used to calculate this Avvo Rating is displayed in the attorney's profile. However, there is likely other relevant data that this rating does not consider.
Find out more about the Avvo Rating

**Client Ratings**
Are you a former client?
Be the first to rate this lawyer

**Endorsed by**
**2 lawyers**
See all endorsements
Lawyers: Endorse this attorney.

Return to search results
Start new search

**Anthony R Miles**
Is this you? Update your profile for free. Why?

**K&L Gates**
925 Fourth Avenue Suite 2900
Seattle, WA 98104

E-mail this lawyer
Lawyer's website
Share this profile

See larger map and get driving directions

### License & Disciplinary Sanctions

8 years since Anthony R Miles was first licensed to practice law in WA. See details.

We have not found any disciplinary sanctions for this lawyer.

### Legal Practice Areas

**Anthony R Miles's current areas of practice:**

### Fees & Payments

**Fees** No information

**Payment types** No information

Ads by Google

Seattle Attorney
Law Office Of Jason E Anderson Wide Range Of Services-Call Today
www.jasonandersonlaw.net

DUI Defense Attorneys
Specializing in Washington State Call now for a free consultation
www.waduidefense.com

Free Attorney Search
Search For Legal Specialists In Your Area. Free & Confidential.
www.LegalMatch.com

WA Attorneys at Law
Handling Multiple Areas of Law Fighting For Your Rights Since 1956
www.RollerVernonPowers.com

Personal and Auto Injury
Legal info on what and how to claim Get result with top ranked lawyers
www.HardwickPendergast.com

Report incorrect data

Home | For Lawyers | Press | Jobs | Support | Privacy | Terms of Use | About Us | Avvo Blog

Browse by Location | Browse by Practice Area | New York lawyers | Chicago lawyers | Los Angeles lawyers | Houston lawyers | Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved


Avvo
Beta
Ratings. Guidance. The Right Lawyer.

**Need IRS Tax Debt Relief?**
Get Help Resolving Your Tax Debts Today. Free IRS Tax Debt Analysis
RoniDeutch.com/Tax-Relief

Ads by Google

Lawyer Search | How It Works | For Lawyers | Support

Welcome! Sign in
New to Avvo? Register here

# Peter D. Baird

Is this you? Click here to update your profile for free. Why?

Overview | Experience | Recognition | Client Ratings | Peer Endorsements

Avvo Rating
10.0
Superb
Client Ratings
Are you a former client?
Be the first to rate this lawyer
Peer Endorsements
Lawyers: Endorse this attorney

Experience • • • • •

Industry Recognition • • • •

Professional Conduct • • • • •

This Avvo Rating is based on public records and data from the lawyers website. The information used to calculate this Avvo Rating is displayed in the attorney's profile. However, there is likely other relevant data that this rating does not consider.

Find out more about the Avvo Rating

**Peter D. Baird**
Is this you? Update your profile for free. Why?

**Lewis and Roca LLP**
One South Church Avenue
Suite 700
Tucson, AZ 85701

See all 2 offices

E-mail this lawyer
Lawyer's website
Share this profile

Tucson University
Terms of Use

See larger map and get driving directions

## License & Disciplinary Sanctions

**40** years since Peter D. Baird was first licensed to practice law in AZ. See details.

We have not found any disciplinary sanctions for this lawyer.

## Legal Practice Areas

**Peter D. Baird's current areas of practice:**

20%
20%
20%
20%
20%
Arbitration
20%
Mediation
20%
Commercial
20%
Ethics / Professional Responsibility
20%
Discipline
20%

## Fees & Payments

**Fees** No information

**Payment types** No information

Return to search results
Start new search

Use Avvo To Choose The Right Lawyer
Find out how

Ads by Google

Seattle Attorney
Law Office Of Jason E Anderson Wide Range Of Services-Call Today
www.jasonandersonlaw.net

Free Attorney Search
Search For Legal Specialists In Your Area. Free & Confidential.
www.LegalMatch.com

DUI Defense Attorneys
Specializing in Washington State Call now for a free consultation
www.waduidefense.com

Illinois Attorney at Law
Divorce, Estate, Criminal Law, DUI We Offer Premium Legal Services
www.RudyJRiosLaw.com

Criminal Law Lawyers
Contact Seattle Criminal Law Attorneys & Get Representation
www.Superpages.com

Report incorrect data

Home | For Lawyers | Press | Jobs | Support | Privacy | Terms of Use | About Us | Avvo Blog

Browse by Location | Browse by Practice Area | New York lawyers | Chicago lawyers | Los Angeles lawyers | Houston lawyers | Dallas lawyers

© 2007 Avvo, Inc. All Rights Reserved

8