1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN HENRY BROWNE, *et al.*,

      Plaintiffs,

    v.

AVVO, INC., *et al.,*

      Defendant.

Case No.C07-920RSL

MINUTE ORDER SETTING TRIAL
DATE & RELATED DATES

CLASS ACTION

| | |
|---|---|
| **TRIAL DATE** | **January 5, 2009** |
| Deadline for joining additional parties | November 4, 2007 |
| Motion for class certification due | March 13, 2008 |
|     and noted on the Court's calendar for the fifth Friday thereafter | |
| Deadline for amending pleadings | July 11, 2008 |
| Reports from expert witnesses under FRCP 26(a)(2) due | July 11, 2008 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) or CR37(a)(2)(B) | |
| Discovery completed by | September 9, 2008 |
| All dispositive motions must be filed by | October 9, 2008 |
|     and noted on the motion calendar no later than the fourth Friday thereafter (<u>see</u> CR 7(d)) | |
| Settlement conference per CR 39.1(c)(2) held no later than | November 8, 2008 |
| Mediation per CR 39.1(c)(3) held no later than | December 8, 2008 |
| All motions in limine must be filed by | December 10, 2008 |
|     and noted on the motion calendar seven judicial days thereafter pursuant to CR7(d)(2) | |

MINUTE ORDER SETTING TRIAL DATE & RELATED DATES - 1

1

Agreed pretrial order due                                      December 27, 2008

2

Pretrial conference to be scheduled by the Court

3

Trial briefs and trial exhibits due                              January 3, 2009

4

Length of Trial: 3-10 days                                      <u>XXX</u>  Non Jury

5

6

These dates are set at the direction of the Court after reviewing the joint status report and

discovery plan submitted by the parties.  All other dates are specified in the Local Civil Rules.

7

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal

8

holiday, the act or event shall be performed on the next business day.  These are firm dates that

9

can be changed only by order of the Court, not by agreement of counsel or the parties.  The

10

Court will alter these dates only upon good cause shown: failure to complete discovery within

11

the time allowed is not recognized as good cause.

12

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must

13

notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this

14

Order and must set forth the exact nature of the conflict.  A failure to do so will be deemed a

15

waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be

16

understood that the trial may have to await the completion of other cases.

17

ALTERATIONS TO ELECTRONIC FILING PROCEDURES

18

As of June 1, 2004, counsel are required to electronically file all documents with the

19

Court. *Pro se* litigants may file either electronically or in paper form.  Information and

20

procedures for electronic filing can be found on the Western District of Washington's website at

21

<u>www.wawd.uscourts.gov.</u>  The following alterations to the Electronic Filing Procedures apply in

22

all cases pending before Judge Lasnik:

23

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion,

24

any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50**

25

pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary)

26

MINUTE ORDER SETTING TRIAL DATE & RELATED DATES - 2

1  shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing.  The

2  chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for

3  Chambers."

4          - Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise

5  uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

6                                    PRIVACY POLICY

7          Pursuant to the General Order of the Court regarding Public Access to Electronic Case

8  Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

9  before they are filed with the court:

10          * Dates of Birth - redact to the year of birth

11          * Names of Minor Children - redact to the initials

12          * Social Security Numbers - redact to the last four digits

13          * Financial Accounting Information - redact to the last four digits

14          The General Order was issued pursuant to the official policy on privacy adopted by the

15  Judicial Conference of the United States and can be found on the court's website at

16  http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must

17  comply with the Privacy Policy and the General Order.

18                                    COOPERATION

19          As required by CR 37(a), all discovery matters are to be resolved by agreement if

20  possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the

21  format required by CR 16.1, except as ordered below.

22                                      EXHIBITS

23          The original and one copy of the trial exhibits are to be delivered to chambers five days

24  before the trial date.  Each exhibit shall be clearly marked.  Exhibit tags are available in the

25  Clerk's Office.  The Court hereby alters the CR 16.1 procedure for numbering exhibits:

26  plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall

MINUTE ORDER SETTING TRIAL DATE & RELATED DATES - 3

1  be numbered consecutively beginning with 500.  Duplicate documents shall not be listed twice:

2  once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of

3  exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

4  SETTLEMENT

5       Should this case settle, counsel shall notify the Deputy Clerk as soon as possible.

6  Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement

7  may be subject to such discipline as the Court deems appropriate.

8       DATED:  October 5, 2007.

9

10                                    s/Kerry Simonds
                                      Kerry Simonds, Deputy Clerk to
11                                    Robert S. Lasnik, Judge
                                      206-370-8519
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER SETTING TRIAL DATE & RELATED DATES - 4