# United States District Court
WESTERN DISTRICT OF WASHINGTON

JOHN HENRY BROWNE, *et al.,*

       v.

AVVO, INC., *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-920RSL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' motion to dismiss is GRANTED.

December 18, 2007

BRUCE RIFKIN
Clerk

s/Rhonda Stiles
By, Deputy Clerk